# EXHIBIT A

# EXHIBIT A

## JAMIE HEARD

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |
| Atlantic Recording Corporation | Changing Faces | Last Night | Visit Me | 311-800 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| Arista Records LLC | Toni Braxton | Just Be A Man About It | The Heat | 287-194 |
| UMG Recordings, Inc. | Avant | Ooh Aah | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |