# EXHIBIT B

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Downloads | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | Lloyd-Southside Ft Ashanti.wma | Ashanti | 4,216KB | Audio | |
| heard@KaZaA | J-Kwon - Tipsy DJP REMIX.mp3 | J-Kwon | 4,044KB | Audio | |
| heard@KaZaA | tipsy remix.mp3 | Cassidy, Joe Buddens and... | 1,900KB | Audio | |
| heard@KaZaA | khia - naggin (female reply).mp3 | Khia | 4,173KB | Audio | khia - na |
| heard@KaZaA | TrackD3.mp3 | Joe Budden_Stack Bund... | 2,569KB | Audio | |
| heard@KaZaA | Lil Flip Ft.wma | Lil Flip Ft. Juvenile | 2,319KB | Audio | |
| heard@KaZaA | Rubben Studdard - What if.wma | Ruben Studdard | 4,703KB | Audio | |
| heard@KaZaA | Lil_flip_ft.mp3 | Lil Flip | 4,242KB | Audio | Game Over Remix ft. |
| heard@KaZaA | Ying Yang Twins - What's Happening.wma | Ying Yang Twins | 2,055KB | Audio | |
| heard@KaZaA | 05-juvenile-bounce_back_(feat_baby)-rns (8).mp3 | Juvenile | 5,947KB | Audio | Bounce |
| heard@KaZaA | 09 - 1st Time.mp3 | Lil' Mo | 4,100KB | Audio | |
| heard@KaZaA | juvenile-bounce back.mp3 | Juvenile | 5,995KB | Audio | |
| heard@KaZaA | Lady Ice- Break em off.mp3 | Lady Ice ft. Pastor Troy | 2,778KB | Audio | BOUT 2 |
| heard@KaZaA | SparkDawg, Lil Scrappy_G's Up Clique-bout 2 be sum confl... | Lil Scrappy | 4,032KB | Audio | |
| heard@KaZaA | Trillville ft.mp3 | Lil Scrappy | 4,438KB | Audio | |
| heard@KaZaA | Tha Shit.kgl | Chingy Ft. Trina, J.O. | 5KB | Audio | |
| heard@KaZaA | 01-The ATL Project-shawty-atl.mp3 | atl | 5,149KB | Audio | |
| heard@KaZaA | 15-Nivea - Exgirlfriend.mp3 | Nivea | 3,778KB | Audio | |
| heard@KaZaA | Trillville - What U Wanna Do.mp3 | Trillville/Lil Scrappy | 4,592KB | Audio | |
| heard@KaZaA | 12 Sunshine.wma | Lil Flip | 5,307KB | Audio | |
| heard@KaZaA | 05-pastor_troy-representin-rns.mp3 | Pastor Troy | 5,032KB | Audio | |
| heard@KaZaA | 06_About_to_Go_Down-quick.mp3 | Pastor Troy | 6,059KB | Audio | |
| heard@KaZaA | In My White Tee.mp3 | Crime Mob | 3,657KB | Audio | |
| heard@KaZaA | 12 ATL - Make it up with Love.wma | ATL | 3,230KB | Audio | |
| heard@KaZaA | ALICIA KEYS the diary of alicia keys SLOW DOWN.mp3 | Alicia Keys | 3,646KB | Audio | M... |
| heard@KaZaA | the one-the atl project_ATL.mp3 | atl | 6,050KB | Audio | |
| heard@KaZaA | Weekend Hoe.MP3 | Trina | 5,475KB | Audio | |
| heard@KaZaA | diary.mp3 | Alicia Keys | 4,443KB | Audio | |
| heard@KaZaA | alicia keys - diary.mp3 | Alicia Keys | 3,333KB | Audio | |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Downloaded | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | alicia keys - diary.mp3 | Alicia Keys | 3,339kB | Audio |
| heard@KaZaA | mase-01-welcome_back-dz.mp3 | Mase | 5,657kB | Audio |
| heard@KaZaA | nelly - Smoke and Fuck All Day.mp3 | Nelly | 4,212kB | Audio |
| heard@KaZaA | track10_32.wma | Isyss | 791kB | Audio |
| heard@KaZaA | Just a Friend 2002.wma | Mario | 1,695kB | Audio |
| heard@KaZaA | One Day.MP3 | Fabolous | 1,895kB | Audio |
| heard@KaZaA | 13-baby-clap_that_boy_ft_clipse-xmk.mp3 | Boby | 6,552kB | Audio |
| heard@KaZaA | Trina Get This Money.mp3 | Trina | 4,050kB | Audio |
| heard@KaZaA | Ja Rule f. Ashanti - Down 4 U.mp3 | Ja Rule f. Ashanti | 4,734kB | Audio |
| heard@KaZaA | Cutest Girl.mp3 | Lil' Corey | 4,032kB | Audio |
| heard@KaZaA | Ja Rule feat Lil Mo-I Cry.mp3 | Ja Rule | 4,371kB | Audio |
| heard@KaZaA | 08 Do It - Thug Luv .mp3 | T.I. | 5,551kB | Audio |
| heard@KaZaA | I'm Made .mp3 | Pastor Troy | 4,147kB | Audio |
| heard@KaZaA | artist - Jealous Girls.mp3 | Khia | 2,665kB | Audio |
| heard@KaZaA | Deborah cox feat. r.l.- we cant be friends.mp3 | Deborah cox feat. r.l. | 4,404kB | Audio |
| heard@KaZaA | The First Time.mp3 | Lil' Corey | 4,971kB | Audio |
| heard@KaZaA | So Gone.mp3 | Monica feat. Missy Elliott | 4,860kB | Audio |
| heard@KaZaA | TLC-No Scrubs.mp3 | TLC | 4,188kB | Audio |
| heard@KaZaA | Destiny's Child - If You Leave.mp3 | Destiny's Child | 4,301kB | Audio |
| heard@KaZaA | Destiny's Child - Sweet Sixteen.mp3 | Destiny's Child | 3,951kB | Audio |
| heard@KaZaA | jmx - BEAUTIFUL YOU ARE.mp3 | JMX | 4,157kB | Audio |
| heard@KaZaA | Tamia - Falling For You (1).mp3 | Tamia | 4,010kB | Audio |
| heard@KaZaA | Chingy ft.mp3 | Chingy ft. Ludacris | 3,867kB | Audio |
| heard@KaZaA | Mo Thugs Family Feat. Layzie Krayzie Bone - Thug Devot... | Mo Thugs | 3,649kB | Audio |
| heard@KaZaA | (04) B2K - One Kiss.wma | B2K | 2,065kB | Audio |
| heard@KaZaA | Jerzee Monet - Most High (Remix) (feat. DMX).mp3 | Jerzee Monet | 2,302kB | Audio |
| heard@KaZaA | Eve - Love Is Blind.mp3 | Eve | 4,067kB | Audio |
| heard@KaZaA | 10 - Dun Put Up Too Long.mp3 | Sharissa | 2,665kB | Audio |
| heard@KaZaA | Ms Jade - Dream.mp3 | Ms. Jade | 3,292kB | Audio |

Found 572 files    2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Ms Jade - Dream b.mp3 | Ms. Jade | 3,299KB | Audio |
| heard@KaZaA | dontwarx u back- chick v..wma | Girl Verson | 563KB | Audio |
| heard@KaZaA | Destiny's Child - Confessions.mp3 | Destiny's Child | 4,646KB | Audio |
| heard@KaZaA | P.I.L.A..mp3 | Lil Scrappy | 4,760KB | Audio |
| heard@KaZaA | Master P - Mr. Ice Cream Man.mp3 | Master P | 4,819KB | Audio |
| heard@KaZaA | Ghost Town DJ ——————— Love you d... | Ghost Town DJ | 4,014KB | Audio |
| heard@KaZaA | Angie Martinez - If I Could Go! feat. Lil Mo_Sacario.mp3 | Angie Martinez | 3,953KB | Audio |
| heard@KaZaA | 11-Over A Man.mp3 | Sharissa | 3,805KB | Audio |
| 2 Users | 02 - Set It Off.mp3 | Monica | 4,063KB | Audio |
| heard@KaZaA | Trina_Twista - Watch ya back.mp3 | Trina_Twista | 2,918KB | Audio |
| heard@KaZaA | sisqo - Incomplete - Sisqo.mp3 | Sisqo | 2,787KB | Audio |
| heard@KaZaA | 09-Lil Kim - This Is A Warning.mp3 | Lil Kim | 5,228KB | Audio |
| heard@KaZaA | 03 Track 3.wma | Lil Wayne | 2,200KB | Audio |
| heard@KaZaA | Lil Wayne - Fuck You.mp3 | Lil Wayne | 5,090KB | Audio |
| heard@KaZaA | Maxwell -- Fortunate.mp3 | Maxwell | 2,948KB | Audio |
| heard@KaZaA | Ht_Em.mp3 | Mercedes | 665KB | Audio |
| heard@KaZaA | Deuce Komradz - Switch A Roo.mp3 | Deuce Komradz | 4,476KB | Audio |
| heard@KaZaA | Deuce Komradz - Ridin N Smokin - 03 - Twrk Sumthin.mp3 | Deuce Komradz | 4,933KB | Audio |
| heard@KaZaA | Deuce Komradz - Racin 2 Da Dance Floor.mp3 | Deuce Komradz | 3,930KB | Audio |
| heard@KaZaA | Destiny's Child - Temptation.mp3 | Destiny's Child | 3,835KB | Audio |
| heard@KaZaA | The Last Mr Bigg-Only if You Knew.mp3 | The Last Mr Bigg | 3,904KB | Audio |
| heard@KaZaA | Deuce Komradz - Roll Wit Us.mp3 | Deuce Komradz | 4,312KB | Audio |
| heard@KaZaA | 10 - Deuce Komradz - Betcha Would Luv.mp3 | Deuce Komradz | 3,472KB | Audio |
| heard@KaZaA | Deuce Komradz - Westside.mp3 | Lil Chappy | 5,338KB | Audio |
| heard@KaZaA | ySmall Tyme Ballaz - Ween Gotta Hurt No Mo.mp3 | Mr Bigg | 3,242KB | Audio |
| heard@KaZaA | New Artist - The Last Mr Bigg - Traffic King.mp3 | R. Kelly | 5,634KB | Audio |
| heard@KaZaA | Kelly Price - You Should Have Todd Me.mp3 | Lil SCRAPPY/LIL JON | 3,201KB | Audio |
| heard@KaZaA | Artist - Track 10_020919152I.mp3 | | 2,990KB | Audio |
| heard@KaZaA | Nick Cannon ft R Kelly - Gig.wma | Nick Cannon ft R Kelly | 1,536KB | Audio |

Found 572 files    2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My KaZaA | Downloaded | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Nick Cannon ft R Kelly - Gig.wma | Nick Cannon ft R Kelly | 1,398KB | Audio |
| heard@KaZaA | 19-Go shawty go.mp3 | Lil John and Eastside Boys | 3,724KB | Audio |
| heard@KaZaA | Nelly - Pimp Juice.wma | Nelly | 3,459KB | Audio |
| heard@KaZaA | Mar. Blidge - Not Gonna Cry.mp3 | Mary J Blidge | 4,612KB | Audio |
| heard@KaZaA | Usher - You Got It Bad.mp3 | usher | 3,874KB | Audio |
| heard@KaZaA | Aaliyah -The One I Gave My Heart To~1.mp3 | Aaliyah | 3,640KB | Audio |
| heard@KaZaA | 10com_lilkimzone.wma | Lil' Mo feat Lil' Kim | 1,064KB | Audio |
| heard@KaZaA | [Immature] - I'll Never Lie.mp3 | IMX | 3,938KB | Audio |
| heard@KaZaA | Jon B - I Do.mp3 | Jon B | 4,465KB | Audio |
| heard@KaZaA | 11-AudioTrack 11.mp3 | Gangsta Boo | 4,962KB | Audio |
| heard@KaZaA | Pastor Troy - Can you stand the game.mp3 | PASTOR TROY | 4,039KB | Audio |
| heard@KaZaA | Chingy - One Call Away.wmv | Chingy | 18,097KB | Video |
| heard@KaZaA | Da Hot 9 - Click Clack feat. Lil John.MP3 | lil john | 2,126KB | Audio |
| heard@KaZaA | Isyss - Hater.wma | Isyss | 2,399KB | Audio |
| heard@KaZaA | TLC - Unpretty.mp3 | TLC | 3,801KB | Audio |
| heard@KaZaA | Ludacris - P-Poppin.mp3 | Ludacris | 4,544KB | Audio |
| heard@KaZaA | Usher - Confessions (Part II).wma | Usher | 5,411KB | Audio |
| heard@KaZaA | Lil Jon and Eastside Boyz - Track21.mp3 | Lil Jon and Eastside Boyz | 6,538KB | Audio |
| heard@KaZaA | 10 - Go To Bed Mad Ft. Tyrese.mp3 | Monica | 4,377KB | Audio |
| heard@KaZaA | 18 Get Low.wma | Lil Jon | 1,830KB | Audio |
| heard@KaZaA | 15-Ooh Na Na Nee Nee.mp3 | Lil Jon | 4,532KB | Audio |
| heard@KaZaA | Let it Burn- Usher.wma | Usher | 1,041KB | Audio |
| heard@KaZaA | Ludacris- Stand Up (Dirty)(1).mp3 | Ludacris | 3,524KB | Audio |
| heard@KaZaA | foxy brown-unreleased album-fan love-02.mp3 | foxy brown | 7,772KB | Audio |
| heard@KaZaA | pastoer troy - pastor_troy_14_bless_america_darc.wma | Pastor Troy | 2,070KB | Audio |
| heard@KaZaA | dtp-posted-.mp3 | DTP also use Disturbing T... | 4,187KB | Audio |
| heard@KaZaA | Lil' Chet- Slob on my cat.MP3 | Le Chat | 768KB | Audio |
| heard@KaZaA | riddin spinners.kpl | JS | 0KB | |
| heard@KaZaA | IMX - I'm Not A Fool.mp3 | Immature | 4,214KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | IMX - I'm Not A Fool.mp3 | Immature | 4,214KB | Audio |
| heard@KaZaA | murphys law - dont bother me.MP3 | murphy lee | 1,154KB | Audio |
| heard@KaZaA | Lil' Kim feat Mario Winans - Single Black Female.MP3 | Little Kim | 1,729KB | Audio |
| heard@KaZaA | (Cherish Ft. Da Brat)-Miss P.I.M.P.wma | The A | 611KB | Audio |
| heard@KaZaA | Foxy Brown feat Kelis_Candy.mp3 | Foxy Brown feat Kelis | 3,496KB | Audio |
| heard@KaZaA | Monica- Breaks My Heart (1).mp3 | Monica | 6,164KB | Audio |
| heard@KaZaA | H-Town - Part Time Lover.mp3 | H-Town | 3,890KB | Audio |
| heard@KaZaA | Juvenile - In My Life (1).mp3 | Juvenile | 5,908KB | Audio |
| heard@KaZaA | Trina - Diamond Princess - 02 - Hustling.MP3 | New Artist | 2,733KB | Audio | Trina - Dia... |
| heard@KaZaA | B.G. - Hottest Of The Hot.mp3 | B.G. | 4,028KB | Audio |
| heard@KaZaA | 14 - I Faked It Last Night.mp3 | Gansta Boo | 2,667KB | Audio | I... |
| heard@KaZaA | H-Town- Women's Anthem.mp3 | H-Town | 3,264KB | Audio | I |
| heard@KaZaA | Children of the Cornbread - I'd Rather Be Hated.mp3 | Dirty | 2,491KB | Audio |
| heard@KaZaA | Rap - Ying Yang Twins - Thug Walkin'.mp3 | Ying Yang Twins | 3,610KB | Audio |
| heard@KaZaA | Isley Brothers - 5- Busted ft Js - Body Kiss.mp3 | Isley Brothers | 3,723KB | Audio |
| heard@KaZaA | the bullshit-love and life_mary j. blige.mp3 | mary j. blige | 5,315KB | Audio |
| heard@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Lil bow wow | 3,563KB | Audio | My Baby (F... |
| heard@KaZaA | Ludacris - Considerate brother.mp3 | Ludacris | 1,974KB | Audio | Always L... |
| heard@KaZaA | Always Be My Baby (Feat. Da Brat, Xscape).mp3 | Mariah Carey feat. Da Br... | 3,930KB | Audio |
| heard@KaZaA | Mya feat. Sisqo - It's All About You.mp3 | Mya feat. Sisqo | 3,103KB | Audio |
| heard@KaZaA | mary j. blige-hot sex 03-love and life.mp3 | mary j. blige | 4,112KB | Audio |
| heard@KaZaA | youngbloodz Lane to Lane.wma | yong bloodz | 4,029KB | Audio |
| heard@KaZaA | La Chat - salt shaker.mp3 | Lil Chat | 4,112KB | Audio |
| 2 Users | Youngbloodz ft. Lil' John_Da Eastside Boyz_Sean Paul - ... | Youngbloodz | 4,696KB | Audio | Reac... |
| heard@KaZaA | 01-ludacris-stand_up_(radio_edit)-apc (1) (2).mp3 | ludacris | 3,259KB | Audio |
| heard@KaZaA | Jaheim - Ready, Willing and Able.mp3 | Jaheim | 4,672KB | Audio |
| heard@KaZaA | 10 Jail Letter.mp3 | Legit Ballaz, Oobie | 1,521KB | Audio |
| heard@KaZaA | 13 - Whatever Bitch.mp3 | Mya | 2,041KB | Audio |
| heard@KaZaA | Jagged Edge - Walked Right Out Of Heaven.mp3 | Jagged Edge | 4,245KB | Audio | Walked R... |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New Search | Downloaded | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | Jagged Edge - Walked Right Out Of Heaven..mp3 | Jagged Edge | 4,245KB | Audio | Walked Ri... |
| heard@KaZaA | outkast-hey ya-speakerboxxx the love below..mp3 | outkast | 5,326KB | Audio | |
| heard@KaZaA | ying yang twins-grey goose (1).WAV | Ying Yang Twins | 39,394KB | Audio | Scre |
| heard@KaZaA | (08) Ludacris - Screwed Up (ft. Lil Flip).wma | Da Band | 2,887KB | Audio | |
| heard@KaZaA | Tamia ft Jermaine Dupri - Imagination.mp3 | Tamia featuring Jermaine... | 3,004KB | Audio | |
| heard@KaZaA | Fabolous - Baby baby baby.mp3 | Fabolous ft Mase_Foxy... | 3,406KB | Audio | Amb |
| heard@KaZaA | Amanda Perez - Never.mp3 | Amanda Perez | 3,571KB | Audio | |
| heard@KaZaA | Joe Dolan - More And More.MP3 | Joe | 3,415KB | Audio | You |
| heard@KaZaA | Johiem - Track 13 (1).mp3 | Jahiem | 3,604KB | Audio | |
| heard@KaZaA | 14 - Milkshake.mp3 | Kelis | 2,200KB | Audio | |
| heard@KaZaA | chicken_beer-hoes in my room-ludacris.mp3 | ludacris | 1,915KB | Audio | |
| heard@KaZaA | (13) Ludacris - Hoes In My Room (ft. Snoop Dogg).wma | Ludacris | 2,763KB | Audio | |
| heard@KaZaA | BIG TYMERS - GANGSTER GIRL.wma | Big Tymers ft R Kelly | 4,137KB | Audio | |
| heard@KaZaA | 07 Top Down.mp3 | Unknown Artist | 10,149KB | Audio | mr. bigg fea |
| heard@KaZaA | Nelly-E.I.(Remix).mp3 | Nelly | 5,922KB | Audio | |
| heard@KaZaA | Lil Scrappy-Knuck If You Buck.WMA | Lil Scrappy | 3,320KB | Audio | |
| heard@KaZaA | Nelly - Tip Drill.wmv | Nelly | 8,163KB | Video | |
| heard@KaZaA | 01 - J5 - Love Angel - Ice Cream.mp3 | J5 | 4,293KB | Audio | |
| heard@KaZaA | juvenile - in my life.mp3 | Juvenile | 5,908KB | Audio | |
| heard@KaZaA | Juvenile Feat. TQ- My Life.mp3 | Juvenile | 4,352KB | Audio | |
| heard@KaZaA | TAMIA More questions.mp3 | Tamia | 4,112KB | Audio | |
| heard@KaZaA | 05 Luv Me Baby.wma | Murphy Lee | 4,234KB | Audio | |
| heard@KaZaA | I20 - Fightin in the dub.mp3 | I-20 | 3,729KB | Audio | |
| heard@KaZaA | Trillville - Buck On Dem Hoes.mp3 | lil scrappy | 4,581KB | Audio | |
| heard@KaZaA | Lil Scrappy - Tipsy.wma | Kwon | 1,921KB | Audio | |
| heard@KaZaA | no better love.wma | young gunz ft rel | 1,655KB | Audio | |
| heard@KaZaA | 14 - Hope Youre Happy.mp3 | Jagged Edge | 2,478KB | Audio | |
| heard@KaZaA | 06 - If I Ain't Got You.mp3 | Alicia Keys | 5,366KB | Audio | |
| heard@KaZaA | Sorry 2004.mp3 | Ruben Studdard | 3,627KB | Audio | |

Found 572 files    2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloaded | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | Sorry 2004.mp3 | Ruben Studdard | 3,627KB | Audio | |
| heard@KaZaA | Big Tymers-Still Fly.wma | Big Tymers | 2,257KB | Audio | |
| heard@KaZaA | Shawna ft. Twista_Ludacris-RPM.mp3 | Shawna Ft. Twista_Lud... | 4,314KB | Audio | |
| heard@KaZaA | (17) Juvenile - Slow Motion (ft.wma | Juvenile | 2,452KB | Audio | Slow Mot |
| heard@KaZaA | cant get no betta.mp3 | Cassidy Feat. Mashonda | 4,083KB | Audio | |
| heard@KaZaA | Ciara feat Petey Pablo goodies.wmv | Petey Pablo featuring Cia... | 13,881KB | Video | |
| heard@KaZaA | Loose Rap.mp3 | Timberland | 4,266KB | Audio | |
| heard@KaZaA | New Artist - T.I - You Aint Hard_0224204819.mp3 | T.I | 3,872KB | Audio | |
| heard@KaZaA | Ciara feat Petey Pablo goodies (1).wmv | Petey Pablo featuring Cia... | 13,881KB | Video | |
| heard@KaZaA | Franchise-My White Tee.mp3 | Franchise | 3,632KB | Audio | |
| heard@KaZaA | bone_crusher_07_puttin_in_work_ft_david_banner_and_l... | BoneCrusher | 4,136KB | Audio | 07-Puttin In Work Ft David Ba... |
| heard@KaZaA | 05_lil_scrappy_no_problem.mp3 | Lil Scrappy | 3,363KB | Audio | |
| heard@KaZaA | Move Your Body.wma | Nina Sky ft. Jabbs | 1,713KB | Audio | |
| heard@KaZaA | bone_crusher_05_grippin_the_gran_ft_lady_ice_and_mar... | BoneCrusher | 4,694KB | Audio | 05-Grippin The Grain Ft La... |
| heard@KaZaA | Lil Wayne-Bring It Back.mp3 | 3 | 4,161KB | Audio | |
| heard@KaZaA | Track 15 (1).mp3 | Lil Scrappy ft. Lil Jon | 3,794KB | Audio | |
| heard@KaZaA | Ying Yang Twins,Bonecrusher-Take Your Clothes Off.mp3 | Bone Crusher,Ying Yang | 3,973KB | Audio | Bonecrusher |
| heard@KaZaA | Alicia Keys Whatever.mp3 | Alicia Keys | 3,177KB | Audio | |
| heard@KaZaA | Luniz F Trina - Scandalous.mp3 | Mis-Teeq | 2,864KB | Audio | Luniz F |
| heard@KaZaA | The Hamptons-My Jacket.mp3 | The Hamptons | 3,729KB | Audio | |
| heard@KaZaA | jagged3-[My-Albums.com].mp3 | Jagged Edge | 4,270KB | Audio | |
| heard@KaZaA | Nelly Feat. Jaheim - My Place.mp3 | Nelly ft. Jaheim | 5,110KB | Audio | |
| heard@KaZaA | nelly- my place (1).mp3 | Nelly | 5,278KB | Audio | |
| heard@KaZaA | 10-missy ja rule tweet-ex-cms.mp3 | Missy , Ja Rule, Tweet | 4,850KB | Audio | |
| heard@KaZaA | ciara ft petey pablo - goodies.mp3 | Ciara Feat. Petey Pablo | 5,605KB | Audio | |
| heard@KaZaA | 01-young_buck_(feat._ludacris_and_t.i.)-stomp_(remix)-... | Young Buck Feat. T.I. Lu... | 4,474KB | Audio | |
| heard@KaZaA | Ciara - Goodies feat. Petey Pablo.mp3 | Ciara ft. Petey Pablo | 6,136KB | Audio | |
| heard@KaZaA | 06-lil_wayne-i_miss_my_dawgs_(feat_reel)-rns (1).mp3 | Lil Wayne | 5,845KB | Audio | 06-lil_wayne-i_miss_my_dawgs... |
| heard@KaZaA | Fat Joe - Lean Back (remix).mp3 | Terror Squad | 5,741KB | Audio | Fat Joe |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Fat Joe - Lean Back (remix).mp3 | Terror Squad | 5,743KB | Audio |
| heard@KaZaA | ashanti-03-happy-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,104KB | Audio |
| heard@KaZaA | Jagged Edge feat JD - Slow Motion.mp3 | Jagged Edge | 3,478KB | Audio |
| heard@KaZaA | Jennifer Lopez - I'm Real - 02.mp3 | Jennifer Lopez | 3,515KB | Audio |
| heard@KaZaA | New LOWHER-06-to know her is to love her.mp3 | Lowher | 3,993KB | Audio |
| heard@KaZaA | 05 - Player Not the Game.mp3 | Lil' Mo | 4,145KB | Audio |
| heard@KaZaA | Tweet - Southern Hummingbird - 13 - Call Me.mp3 | Tweet | 2,771KB | Audio |
| heard@KaZaA | ladies 1st trina 13 (1).mp3 | Trina | 3,281KB | Audio |
| heard@KaZaA | Pastor Troy - The congregation (1).mp3 | Pastor Troy | 4,101KB | Audio |
| heard@KaZaA | ja rule feat - Lil Mo and vita--Put It On Me (remix) (2).mp3 | Ja Rule feat. lil Mo | 2,235KB | Audio |
| heard@KaZaA | Avant feat._Destiny Child - Separated (remix).mp3 | Avant feat. Destiny Child | 4,732KB | Audio |
| heard@KaZaA | BG Big Timers - Extasy.mp3 | BG Big Timer | 4,399KB | Audio |
| heard@KaZaA | Nelly - Hot in Herre (The real hot in here).mp3 | nelly | 2,238KB | Audio |
| heard@KaZaA | beyonce - Baby_Boy.mp3 | Beyonce | 3,583KB | Audio |
| heard@KaZaA | Christina Milian _JaRule - Get Away .MP3 | Ja Rule | 1,744KB | Audio |
| heard@KaZaA | ann nesby - Put It On Paper (feat. Al Green).mp3 | Ann Nesby | 3,658KB | Audio |
| heard@KaZaA | Archie Eversole feat. Bubba Sparxxx - We Ready.mp3 | Archie Eversole feat. Bub... | 6,540KB | Audio |
| heard@KaZaA | t.i.mp3 | T.I., Youngbloodz,Pastor ... | 5,221KB | Audio |
| heard@KaZaA | Lucy Pearl - Dont mess with my man.mp3 | Nivea Featuring Jagged E... | 3,367KB | Audio |
| heard@KaZaA | 06-Aaliyah -I Care 4 U.mp3 | Aaliyah | 3,224KB | Audio |
| heard@KaZaA | Da Band- First Song.mp3 | Da Band | 2,394KB | Audio |
| heard@KaZaA | Nappy Roots - Po' Folks.mp3 | Nappy Roots | 3,895KB | Audio |
| heard@KaZaA | Faith Evans - I Love You.mp3 | Faith Evans | 2,079KB | Audio |
| heard@KaZaA | 09 - Lowher - How it's gonna be.mp3 | Lowher | 3,447KB | Audio |
| heard@KaZaA | Kirk Franklin, R.mp3 | R Kelly, Mary J. Blige, Bo... | 6,012KB | Audio |
| heard@KaZaA | Faith Evans - If I had One Wish.mp3 | Faith Evans | 4,172KB | Audio |
| heard@KaZaA | RB Ruff Endz - Will You Be Mine.mp3 | Ruff Endz | 4,762KB | Audio |
| heard@KaZaA | 03. Know Whats Up Feat Youngbloodz.mp3 | Blaque | 3,936KB | Audio |
| heard@KaZaA | Xscape - Understanding.mp3 | Xscape | 3,997KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files