# EXHIBIT B

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | Lloyd-Southside Ft Ashanti.wma | Ashanti | 4,216KB | Audio | |
| heard@KaZaA | J-Kwon - Tipsy DJP REMIX.mp3 | J-Kwon | 4,044KB | Audio | |
| heard@KaZaA | tipsy remix.mp3 | Cassidy, Joe Buddens and... | 1,900KB | Audio | |
| heard@KaZaA | khia - naggin (female reply).mp3 | Khia | 4,173KB | Audio | khia - na |
| heard@KaZaA | TrackD3.mp3 | Joe Budden_Stack Bund... | 2,569KB | Audio | |
| heard@KaZaA | Lil Flip Ft.wma | Lil Flip Ft. Juvenile | 2,319KB | Audio | |
| heard@KaZaA | Rubben Studdard - What if.wma | Ruben Studdard | 4,703KB | Audio | Game Over Remix ft. |
| heard@KaZaA | Lil_flip_ft.mp3 | Lil' Flip | 4,242KB | Audio | |
| heard@KaZaA | Ying Yang Twins - What's Happening.wma | Ying Yang Twins | 2,055KB | Audio | Bounce |
| heard@KaZaA | 05-juverile-bounce_back_(feat_baby)-rns (8).mp3 | Juvenile | 5,947KB | Audio | |
| heard@KaZaA | 09 - 1st Time.mp3 | Lil' Mo | 4,100KB | Audio | |
| heard@KaZaA | juvenile-bounce back.mp3 | Juvenile | 5,995KB | Audio | |
| heard@KaZaA | Lady Ice- Break em off.mp3 | Lady Ice ft. Pastor Troy | 2,778KB | Audio | BOUT 2 |
| heard@KaZaA | SparkDawg_Lil Scrappy_G's Up Clique-bout 2 be sum confl... | Lil Scrappy | 4,032KB | Audio | |
| heard@KaZaA | Trillville ft.mp3 | Lil Scrappy | 4,438KB | Audio | |
| heard@KaZaA | Tha Shit.kgl | Chingy Ft. Trina, J.O. | 5KB | | |
| heard@KaZaA | 01-The ATL Project-shawty-atl.mp3 | atl | 5,149KB | Audio | |
| heard@KaZaA | 15-Nivea - Exgirlfriend.mp3 | Nivea | 3,778KB | Audio | |
| heard@KaZaA | Trillville - What U Wanna Do.mp3 | Trillville/Lil Scrappy | 4,592KB | Audio | |
| heard@KaZaA | 12 Sunshine.wma | Lil Flip | 5,307KB | Audio | |
| heard@KaZaA | 05-pastor_troy-representin-rns.mp3 | Pastor Troy | 5,032KB | Audio | |
| heard@KaZaA | 06_About_to_Go_Down-quick.mp3 | Pastor Troy | 6,059KB | Audio | |
| heard@KaZaA | In My White Tee.mp3 | Crime Mob | 3,657KB | Audio | |
| heard@KaZaA | 12 ATL - Make it up With Love.wma | ATL | 3,230KB | Audio | M... |
| heard@KaZaA | ALICIA KEYS the diary of alicia keys SLOW DOWN.mp3 | Alicia Keys | 3,646KB | Audio | |
| heard@KaZaA | the one-the atl project_ATL.mp3 | atl | 6,050KB | Audio | |
| heard@KaZaA | Weekend Hoe.MP3 | Trina | 5,475KB | Audio | |
| heard@KaZaA | diary.mp3 | Alicia Keys | 4,443KB | Audio | |
| heard@KaZaA | alicia keys - diary.mp3 | Alicia Keys | 3,353KB | Audio | |

Found 572 files    2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Downloaded | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | alicia keys- diary.mp3 | Alicia Keys | 3,339kB | Audio |
| heard@KaZaA | mase-01-welcome_back-ctz.mp3 | Mase | 5,657kB | Audio |
| heard@KaZaA | nelly - Smoke and Fuck All Day.mp3 | Nelly | 4,212kB | Audio |
| heard@KaZaA | track10_32.wma | Isyss | 791kB | Audio |
| heard@KaZaA | Just a Friend 2002.wma | Mario | 1,695kB | Audio |
| heard@KaZaA | One Day.MP3 | Fabolous | 1,895kB | Audio |
| heard@KaZaA | 13-baby-clap_that_boy_ft_clipse-xmk.mp3 | Boby | 6,552kB | Audio |
| heard@KaZaA | Trina Get This Money.mp3 | Trina | 4,060kB | Audio |
| heard@KaZaA | Ja Rule f. Ashanti - Down 4 U.mp3 | Ja Rule f. Ashanti | 4,734kB | Audio |
| heard@KaZaA | Cutest Girl.mp3 | Lil' Corey | 4,032kB | Audio |
| heard@KaZaA | Ja Rule feat Lil Mo-I Cry.mp3 | Ja Rule | 4,371kB | Audio |
| heard@KaZaA | 08 Do It - Thug Luv .mp3 | T.I. | 5,551kB | Audio |
| heard@KaZaA | I'm Made .mp3 | Pastor Troy | 4,147kB | Audio |
| heard@KaZaA | artist - Jealous Girls.mp3 | Khia | 2,665kB | Audio |
| heard@KaZaA | Deborah cox feat. r.l.- we cant be friends.mp3 | Deborah cox feat. r.l. | 4,404kB | Audio |
| heard@KaZaA | The First Time.mp3 | Lil' Corey | 4,971kB | Audio |
| heard@KaZaA | So Gone.mp3 | Monica feat. Missy Elliott | 4,860kB | Audio |
| heard@KaZaA | TLC-No Scrubs.mp3 | TLC | 4,188kB | Audio |
| heard@KaZaA | Destiny's Child - If You Leave.mp3 | Destiny's Child | 4,301kB | Audio |
| heard@KaZaA | Destiny's Child - Sweet Sixteen.mp3 | Destiny's Child | 3,951kB | Audio |
| heard@KaZaA | imx - BEAUTIFUL YOU ARE.mp3 | IMX | 4,157kB | Audio |
| heard@KaZaA | Tania - Falling For You (1).mp3 | Tania | 4,010kB | Audio |
| heard@KaZaA | Chingy ft.mp3 | Chingy ft. Ludacris | 3,867kB | Audio |
| heard@KaZaA | Mo Thugs Family Feat. Layzie Krayzie Bone - Thug Devot... | Mo Thugs | 3,649kB | Audio |
| heard@KaZaA | (04) B2K - One Kiss.wma | B2K | 2,065kB | Audio |
| heard@KaZaA | Jerzee Monet - Most High (Remix) (feat. DMX).mp3 | Jerzee Monet | 2,302kB | Audio |
| heard@KaZaA | Eve - Love Is Blind.mp3 | Eve | 4,067kB | Audio |
| heard@KaZaA | 10 - Dun Put Up Too Long.mp3 | Sharissa | 2,665kB | Audio |
| heard@KaZaA | Ms Jade - Ching.mp3 | Ms. Jade | 3,292kB | Audio |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Downloads | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Ms Jade - Dream b.mp3 | Ms. Jade | 3,299KB | Audio |
| heard@KaZaA | dontwanx u back- chick v..wma | Girl Verson | 563KB | Audio |
| heard@KaZaA | Destiny's Child - Confessions.mp3 | Destiny's Child | 4,646KB | Audio |
| heard@KaZaA | P.I.L.A..mp3 | Lil Scrappy | 4,760KB | Audio |
| heard@KaZaA | Master P - Mr. Ice Cream Man.mp3 | Master P | 4,819KB | Audio |
| heard@KaZaA | Ghost Town DJ -----------Love you d... | Ghost Town DJ | 4,014KB | Audio |
| heard@KaZaA | Angie Martinez - If I Could Go! feat. Lil' Mo_Sacario.mp3 | Angie Martinez | 3,950KB | Audio |
| heard@KaZaA | 11-Over A Man.mp3 | Sharissa | 3,805KB | Audio |
| 2 Users | 02 - Set It Off.mp3 | Monica | 4,063KB | Audio |
| heard@KaZaA | Trina_Twista - Watch ya back.mp3 | Trina_Twista | 2,918KB | Audio |
| heard@KaZaA | sisqo - Incomplete - Sisqo.mp3 | Sisqo | 2,787KB | Audio |
| heard@KaZaA | 09-Lil Kim - This Is A Warning.mp3 | Lil Kim | 5,228KB | Audio |
| heard@KaZaA | 03 Track 3.wma | Lil Wayne | 2,200KB | Audio |
| heard@KaZaA | Lil Wayne - Fuck You.mp3 | Lil Wayne | 5,090KB | Audio |
| heard@KaZaA | Maxwell -- Fortunate.mp3 | Maxwell | 2,948KB | Audio |
| heard@KaZaA | Ht_Em.mp3 | Mercedes | 665KB | Audio |
| heard@KaZaA | Deuce Komradz - Switch A Roo.mp3 | Deuce Komradz | 4,476KB | Audio |
| heard@KaZaA | Deuce Komradz - Ridin N Smokin - 03 - Twrk Sumthin.mp3 | Deuce Komradz | 4,939KB | Audio |
| heard@KaZaA | Deuce Komradz - Racin 2 Da Dance Floor.mp3 | Deuce Komradz | 3,930KB | Audio |
| heard@KaZaA | Destiny's Child - Temptation.mp3 | Destiny's Child | 3,839KB | Audio |
| heard@KaZaA | The Last Mr Bigg-Only if You Knew.mp3 | The Last Mr Bigg | 3,904KB | Audio |
| heard@KaZaA | Deuce Komradz - Roll wit Us.mp3 | Deuce Komradz | 4,312KB | Audio |
| heard@KaZaA | 10 - Deuce Komradz - Betcha Would Luv.mp3 | Deuce Komradz | 3,472KB | Audio |
| heard@KaZaA | Deuce Komradz - Westside.mp3 | Deuce Komradz | 5,338KB | Audio |
| heard@KaZaA | ySmall Tyme Ballaz - Ween Gotta Hurt No Mo.mp3 | Lil Chappy | 3,242KB | Audio |
| heard@KaZaA | New Artist - The Last Mr Bigg - Traffic King.mp3 | Mr Bigg | 5,634KB | Audio |
| heard@KaZaA | Kelly Price - You Should Have Todd Me.mp3 | R. Kelly | 3,201KB | Audio |
| heard@KaZaA | Artist - Track 10_020919152.mp3 | Lil SCRAPPY/LIL JON | 2,990KB | Audio |
| heard@KaZaA | Nick Cannon ft R Kelly - Gigi.wma | Nick Cannon ft R Kelly | 1,532KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Downloaded | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Nick Cannon ft R Kelly - Gig.wma | Nick Cannon ft R Kelly | 1,386KB | Audio |
| heard@KaZaA | 19-Go shawty go.mp3 | Lil John and Eastside Boys | 3,724KB | Audio |
| heard@KaZaA | Nelly - Pimp Juice.wma | Nelly | 3,459KB | Audio |
| heard@KaZaA | Mar. Blidge - Not Gonna Cry.mp3 | Mary J Blidge | 4,612KB | Audio |
| heard@KaZaA | Usher - You Got It Bad.mp3 | usher | 3,874KB | Audio |
| heard@KaZaA | Aaliyah -The One I Gave My Heart To~1.mp3 | Aaliyah | 3,640KB | Audio |
| heard@KaZaA | 10com_lilkimzone.wma | Lil' Mo feat Lil' Kim | 1,064KB | Audio |
| heard@KaZaA | [Immature] - I'll Never Lie.mp3 | IMX | 3,938KB | Audio |
| heard@KaZaA | Jon B - I Do.mp3 | Jon B | 4,465KB | Audio |
| heard@KaZaA | 11-AudioTrack 11.mp3 | Gangsta Boo | 4,962KB | Audio |
| heard@KaZaA | Pastor Troy - Can you stand the game.mp3 | PASTOR TROY | 4,039KB | Audio |
| heard@KaZaA | Chingy - One Call Away.wmv | Chingy | 18,097KB | Video |
| heard@KaZaA | Da Hot 9 - Click Clack feat. Lil John.MP3 | lil john | 2,126KB | Audio |
| heard@KaZaA | Isyss - Hater.wma | Isyss | 2,399KB | Audio |
| heard@KaZaA | TLC - Unpretty.mp3 | TLC | 3,801KB | Audio |
| heard@KaZaA | Ludacris - P-Poppin.mp3 | Ludacris | 4,544KB | Audio |
| heard@KaZaA | Usher - Confessions (Part II).wma | Usher | 5,411KB | Audio |
| heard@KaZaA | Lil Jon and Eastside Boyz - Track21.mp3 | Lil Jon and Eastside Boyz | 6,538KB | Audio |
| heard@KaZaA | 10 - Go To Bed Mad Ft. Tyrese.mp3 | Monica | 4,377KB | Audio |
| heard@KaZaA | 18 Get Low.wma | Lil Jon | 1,830KB | Audio |
| heard@KaZaA | 15-Ooh Na Naa Naa Naa.mp3 | Lil Jon | 4,532KB | Audio |
| heard@KaZaA | Let it Burn - Usher.wma | Usher | 1,041KB | Audio |
| heard@KaZaA | Ludacris- Stand Up (Dirty)[1].mp3 | Ludacris | 3,524KB | Audio |
| heard@KaZaA | foxy brown-unreleased album-fan love-02.mp3 | foxy brown | 7,772KB | Audio |
| heard@KaZaA | pastoer troy - pastor_troy_14_bless_america_dart.wma | Pastor Troy | 2,070KB | Audio |
| heard@KaZaA | dtp-posted-.mp3 | DTP also use Disturbing T... | 4,187KB | Audio |
| heard@KaZaA | Lil' Chat- Slob on my cat.MP3 | Le Chat | 768KB | Audio |
| heard@KaZaA | riddin spinners.kpl | JS | 0KB | |
| heard@KaZaA | IMX - I'm Not A Fool.mp3 | Immature | 4,214KB | Audio |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | IMX - I'm Not A Fool.mp3 | Immature | 4,214KB | Audio |
| heard@KaZaA | murphys law - dont bother me.MP3 | murphy lee | 1,154KB | Audio |
| heard@KaZaA | Lil' Kim feat Mario Winans - Single Black Female.MP3 | Little Kim | 1,729KB | Audio |
| heard@KaZaA | (Cherish Ft. Da Brat)-Miss P.I.M.P..wma | The A | 611KB | Audio |
| heard@KaZaA | Foxy Brown feat Kelis_Candy.mp3 | Foxy Brown feat Kelis | 3,496KB | Audio |
| heard@KaZaA | Monica- Breaks My Heart (1).mp3 | Monica | 6,164KB | Audio |
| heard@KaZaA | H-Town - Part Time Lover.mp3 | H-Town | 3,890KB | Audio |
| heard@KaZaA | Juvenile - In My Life (1).mp3 | Juvenile | 5,908KB | Audio |
| heard@KaZaA | Trina - Diamond Princess - 02 - Hustling.MP3 | New Artist | 2,733KB | Audio |
| heard@KaZaA | B.G. - Hottest Of The Hot.mp3 | B.G. | 4,028KB | Audio |
| heard@KaZaA | 14 - I Faked It Last Night.mp3 | Gansta Boo | 2,667KB | Audio |
| heard@KaZaA | H-Town- Women's Anthem.mp3 | H-Town | 3,264KB | Audio |
| heard@KaZaA | Children of the Cornbread - I'd Rather Be Hated.mp3 | Dirty | 2,491KB | Audio |
| heard@KaZaA | Rap - Ying Yang Twins - Thug Walkin'.mp3 | Ying Yang Twins | 3,610KB | Audio |
| heard@KaZaA | Isley Brothers - 5- Busted ft Js - Body Kiss.mp3 | Isley Brothers | 3,723KB | Audio |
| heard@KaZaA | the bullshit-love and life_mary j. blige.mp3 | mary j. blige | 5,315KB | Audio |
| heard@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Lil bow wow | 3,563KB | Audio |
| heard@KaZaA | Ludacris - Considerate brother.mp3 | Ludacris | 1,974KB | Audio |
| heard@KaZaA | Always Be My Baby (Feat. Da Brat, Xscape).mp3 | Mariah Carey feat. Da Br.... | 3,930KB | Audio |
| heard@KaZaA | Mya feat. Sisqo - It's All About You.mp3 | Mya feat. Sisqo | 3,103KB | Audio |
| heard@KaZaA | mary j. blige-hot sex 03-love and life.mp3 | mary j. blige | 4,112KB | Audio |
| heard@KaZaA | youngbloodz Lane to Lane.wma | yong bloodz | 4,029KB | Audio |
| 2 Users | La Chat - salt shaker.mp3 | Lil Chat | 4,112KB | Audio |
| heard@KaZaA | Youngbloodz ft. Lil' John_Da Eastside Boyz_Sean Paul - ... | Youngbloodz | 4,698KB | Audio |
| heard@KaZaA | 01-ludacris-stand_up_(radio_edit)-apc (1) (2).mp3 | ludacris | 3,258KB | Audio |
| heard@KaZaA | Jahem - Ready, Willing and Able.mp3 | Jahem | 4,672KB | Audio |
| heard@KaZaA | 10 Jail Letter.mp3 | Legit Balladz, Oobie | 1,521KB | Audio |
| heard@KaZaA | 13 - Whatever Bitch.mp3 | Mya | 2,041KB | Audio |
| heard@KaZaA | Jagged Edge - Walked Right Out Of Heaven.mp3 | Jagged Edge | 4,245KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | Jagged Edge - Walked Right Out Of Heaven.mp3 | Jagged Edge | 4,245KB | Audio | Walked Ri |
| heard@KaZaA | outkast-hey ya-speakerboxxx the love below.mp3 | outkast | 5,326KB | Audio | |
| heard@KaZaA | ying yang twins-grey goose (1).WAV | Ying Yang Twins | 39,394KB | Audio | Scre |
| heard@KaZaA | (08) Ludacris - Screwed Up (ft. Lil Flip).wma | Da Band | 2,887KB | Audio | |
| heard@KaZaA | Tamia ft Jermaine Dupri - Imagination.mp3 | Tamia featuring Jermaine... | 3,004KB | Audio | |
| heard@KaZaA | Fabolous - Baby baby baby.mp3 | Fabolous ft Mase_Foxy... | 3,406KB | Audio | Amb |
| heard@KaZaA | Amanda Perez - Never.mp3 | Amanda Perez | 3,571KB | Audio | |
| heard@KaZaA | Joe Dolan - More And More.MP3 | Joe | 3,415KB | Audio | You |
| heard@KaZaA | Johiem - Track 13 (1).mp3 | Jahiem | 3,604KB | Audio | |
| heard@KaZaA | 14 - Milkshake.mp3 | Kelis | 2,200KB | Audio | |
| heard@KaZaA | chicken_beer-hoes in my room-ludacris.mp3 | ludacris | 1,915KB | Audio | |
| heard@KaZaA | (13) Ludacris - Hoes In My Room (ft. Snoop Dogg).wma | Ludacris | 2,763KB | Audio | |
| heard@KaZaA | BIG TYMERS - GANGSTER GIRL.wma | Big Tymers ft R Kelly | 4,137KB | Audio | mr. bigg fea |
| heard@KaZaA | 07 Top Down.mp3 | Unknown Artist | 10,149KB | Audio | |
| heard@KaZaA | Nelly-E.I.(Remix).mp3 | Nelly | 5,922KB | Audio | |
| heard@KaZaA | Lil Scrappy-Knuck If You Buck.WMA | Lil Scrappy | 3,320KB | Audio | |
| heard@KaZaA | Nelly - Tip Drill.wmv | Nelly | 8,163KB | Video | |
| heard@KaZaA | 01 - J5 - Love Angel - Ice Cream.mp3 | J5 | 4,293KB | Audio | |
| heard@KaZaA | juvenile - in my life.mp3 | Juvenile | 5,908KB | Audio | |
| heard@KaZaA | Juvenile Feat. TQ- My Life.mp3 | Juvenile | 4,352KB | Audio | |
| heard@KaZaA | TAMIA More questions.mp3 | Tamia | 4,112KB | Audio | |
| heard@KaZaA | 05 Luv Me Baby.wma | Murphy Lee | 4,234KB | Audio | |
| heard@KaZaA | I20 - Fightin in the dub.mp3 | I-20 | 3,729KB | Audio | |
| heard@KaZaA | Trillville - Buck On Dem Hoes.mp3 | lil scrappy | 4,581KB | Audio | |
| heard@KaZaA | Lil Scrappy - Tipsy.wma | Kwon | 1,921KB | Audio | |
| heard@KaZaA | no better love.wma | young gunz ft rel | 1,855KB | Audio | |
| heard@KaZaA | 14 - Hope Youre Happy.mp3 | Jagged Edge | 2,478KB | Audio | |
| heard@KaZaA | 06 - If I Ain't Got You.mp3 | Alicia Keys | 5,366KB | Audio | |
| heard@KaZaA | Sorry 2004.mp3 | Ruben Studdard | 3,627KB | Audio | |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloaded | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Sorry 2004.mp3 | Ruben Studdard | 3,627KB | Audio |
| heard@KaZaA | Big Tymers-Still Fly.wma | Big Tymers | 2,257KB | Audio |
| heard@KaZaA | Shawna ft. Twista_Ludacris-RPM.mp3 | Shawna Ft. Twista _Lud… | 4,314KB | Audio |
| heard@KaZaA | (17) Juvenile - Slow Motion (ft.wma | Juvenile | 2,452KB | Audio |
| heard@KaZaA | cant get no betta.mp3 | Cassidy Feat. Mashonda | 4,083KB | Audio |
| heard@KaZaA | Ciara feat Petey Pablo goodies.wmv | Petey Pablo Featuring Cia… | 13,881KB | Video |
| heard@KaZaA | Loose Rap.mp3 | Timberland | 4,266KB | Audio |
| heard@KaZaA | New Artist - T.I - You Aint Hard_0224204819.mp3 | T.I | 3,872KB | Audio |
| heard@KaZaA | Ciara feat Petey Pablo goodies (1).wmv | Petey Pablo Featuring Cia… | 13,881KB | Video |
| heard@KaZaA | Franchise-My White Tee.mp3 | Franchise | 3,632KB | Audio |
| heard@KaZaA | bone_crusher_07_puttin_in_work_ft_david_banner_and_l… | BoneCrusher | 4,136KB | Audio |
| heard@KaZaA | 05_lil_scrappy_no_problem.mp3 | Lil Scrappy | 3,363KB | Audio |
| heard@KaZaA | Move Your Body.wma | Nina Sky Ft. Jabba | 1,713KB | Audio |
| heard@KaZaA | bone_crusher_05_grippin_the_gran_ft_lady_ice_and_mar… | BoneCrusher | 4,694KB | Audio |
| heard@KaZaA | LL Wayne-Bring It Back.mp3 | 3 | 4,161KB | Audio |
| heard@KaZaA | Track 15 (1).mp3 | Lil Scrappy ft. Lil Jon | 3,794KB | Audio |
| heard@KaZaA | Ying Yang Twins,Bonecrusher-Take Your Clothes Off.mp3 | Bone Crusher,Ying Yang | 3,973KB | Audio |
| heard@KaZaA | Alicia Keys Whatever.mp3 | Alicia Keys | 3,177KB | Audio |
| heard@KaZaA | Luniz F Trina - Scandalous.mp3 | Mis-Teeq | 2,864KB | Audio |
| heard@KaZaA | The Hamptons-My Jacket.mp3 | The Hamptons | 3,729KB | Audio |
| heard@KaZaA | jagged3-[My-Albums.com].mp3 | Jagged Edge | 4,270KB | Audio |
| heard@KaZaA | Nelly Feat. Jaheim - My Place.mp3 | Nelly ft. Jaheim | 5,110KB | Audio |
| heard@KaZaA | nelly- my place (1).mp3 | Nelly | 5,278KB | Audio |
| heard@KaZaA | 10-missy ja rule tweet-ex-cms.mp3 | Missy, Ja Rule, Tweet | 4,850KB | Audio |
| heard@KaZaA | ciara ft petey pablo - goodies.mp3 | Ciara Feat. Petey Pablo | 5,605KB | Audio |
| heard@KaZaA | 01-young_buck_(feat._ludacris_and_t.i.)-stomp_(remix)-… | Young Buck Feat. T.I. Lu… | 4,474KB | Audio |
| heard@KaZaA | Ciara - Goodies feat. Petey Pablo.mp3 | Ciara ft. Petey Pablo | 6,136KB | Audio |
| heard@KaZaA | 06-lil_wayne-i_miss_my_dawgs_(feat_reel)-rns (1).mp3 | Lil Wayne | 5,845KB | Audio |
| heard@KaZaA | Fat Joe - Lean Back (remix).mp3 | Terror Squad | 5,741KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | Fat Joe - Lean Back (remix).mp3 | Terror Squad | 5,743KB | Audio | Fat Joe |
| heard@KaZaA | ashanti-03-happy-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,104KB | Audio | |
| heard@KaZaA | Jagged Edge feat JD - Slow Motion.mp3 | Jagged Edge | 3,478KB | Audio | |
| heard@KaZaA | Jennifer Lopez - I'm Real - 02.mp3 | Jennifer Lopez | 3,515KB | Audio | |
| heard@KaZaA | New LOWHER-06-to know her is to love her.mp3 | Lowher | 3,993KB | Audio | |
| heard@KaZaA | 05 - Player Not the Game.mp3 | Lil' Mo | 4,145KB | Audio | Player Not th |
| heard@KaZaA | Tweet - Southern Hummingbird - 13 - Call Me.mp3 | Tweet | 2,771KB | Audio | |
| heard@KaZaA | ladies 1st trina 13 (1).mp3 | Trina | 3,281KB | Audio | |
| heard@KaZaA | Pastor Troy - The congregation (1).mp3 | Pastor Troy | 4,101KB | Audio | |
| heard@KaZaA | ja rule feat - Lil Mo and vita--Put It On Me (remix) (2).mp3 | Ja Rule feat. Lil Mo | 2,235KB | Audio | Put It On Pap |
| heard@KaZaA | Avant feat._Destiny Child - Separated (remix).mp3 | Avant feat. Destiny Child | 4,732KB | Audio | |
| heard@KaZaA | BG Big Timers - Extasy.mp3 | BG Big Timer | 4,399KB | Audio | |
| heard@KaZaA | Melly - Hot in Herre (The real hot in here).mp3 | nelly | 2,238KB | Audio | |
| heard@KaZaA | beyonce - Baby_Boy.mp3 | Beyonce | 3,583KB | Audio | Baby Bo |
| heard@KaZaA | Christina Milian_JaRule - Get Away .MP3 | Ja Rule | 1,744KB | Audio | |
| heard@KaZaA | ann nesby - Put It On Paper (feat. Al Green).mp3 | Ann Nesby | 3,658KB | Audio | |
| heard@KaZaA | Archie Eversole feat. Bubba Sparxx - We Ready.mp3 | Archie Eversole feat. Bub... | 6,540KB | Audio | |
| heard@KaZaA | t.i.mp3 | T.I., Youngbloodz,Pastor... | 5,221KB | Audio | Don't |
| heard@KaZaA | Lucy Pearl - Dont mess with my man.mp3 | Nivea featuring Jagged E... | 3,367KB | Audio | |
| heard@KaZaA | 06-Aaliyah -I Care 4 U.mp3 | Aaliyah | 3,224KB | Audio | |
| heard@KaZaA | Da Band- First Song.mp3 | Da Band | 2,394KB | Audio | |
| heard@KaZaA | Nappy Roots - Po' Folks.mp3 | Nappy Roots | 3,895KB | Audio | |
| heard@KaZaA | Faith Evans - I Love You.mp3 | Faith Evans | 2,079KB | Audio | |
| heard@KaZaA | 09 - Lowher - How it's gonna be.mp3 | Lowher | 3,447KB | Audio | |
| heard@KaZaA | Kirk Franklin, R.mp3 | R.Kelly, Mary J. Blige, Bo... | 6,012KB | Audio | |
| heard@KaZaA | Faith Evans - If I had One Wish.mp3 | Faith Evans | 4,172KB | Audio | |
| heard@KaZaA | RB Ruff Endz - Will You Be Mine.mp3 | Ruff Endz | 4,762KB | Audio | |
| heard@KaZaA | 03. Know Whats Up Feat Youngbloodz.mp3 | Blaque | 3,936KB | Audio | Know Whats Up |
| heard@KaZaA | Xcape - Understanding.mp3 | Xcape | 3,597KB | Audio | |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Xcape - Understanding.mp3 | Xcape | 3,997KB | Audio |
| heard@KaZaA | 21_isyss_ft_jadakiss-day_and_night.mp3 | Isyss Feat. Jadakiss | 3,908KB | Audio |
| heard@KaZaA | Faith Evans- Never gonna let you go.mp3 | Faith Evans | 4,195KB | Audio |
| heard@KaZaA | Kirk Franklin - Revolution.mp3 | Kirk Franklin | 5,295KB | Audio |
| heard@KaZaA | NEW RELEASE-NEW NO LOOPS 10 LOWER COMMITMENT... | Lowher | 3,382KB | Audio |
| heard@KaZaA | Jesus Is The Reason For The Season.mp3 | Kirk Franklin_The Family | 4,046KB | Audio |
| heard@KaZaA | Kirk Franklin - Silver_Gold.mp3 | Kirk Franklin | 4,551KB | Audio |
| heard@KaZaA | R.L. - A Good Man.mp3 | R.L. | 3,700KB | Audio |
| heard@KaZaA | Kirk Franklin - Why We Sing.mp3 | Kirk Franklin | 5,506KB | Audio |
| heard@KaZaA | Monica - If U Were The Girl.mp3 | Monica | 3,629KB | Audio |
| heard@KaZaA | Xcape- My lil Secret.mp3 | xscape jd | 3,148KB | Audio |
| 2 Users | Kirk Franklin - Nu Nation Project -Down By the Riverside.m... | Kirk Franklin | 3,827KB | Audio |
| heard@KaZaA | Kirk Franklin - GOSPEL God's Property - - Love.mp3 | Kirk Franklin | 3,784KB | Audio |
| heard@KaZaA | Kirk Franklin - Something About The Name Jesus.mp3 | Kirk Franklin | 4,312KB | Audio |
| heard@KaZaA | Sunshine Anderson - Lunch Or Dinner.mp3 | Sunshine Anderson | 3,846KB | Audio |
| heard@KaZaA | Kirk Franklin - God's Property - It's Raining.mp3 | Kirk Franklin | 2,684KB | Audio |
| heard@KaZaA | 13 Hotel Feat. Too Short -Thug Luv_.mp3 | T.I. | 2,971KB | Audio |
| heard@KaZaA | Kirk Franklin - The Storm Is Over Now.mp3 | Kirk Franklin | 5,414KB | Audio |
| heard@KaZaA | Melodies From Heaven-Kirk Franklin and The Family.mp3 | Kirk Franklin and The Fami... | 3,214KB | Audio |
| heard@KaZaA | kirk.franklin - gonna be a lovely day.mp3 | Kirk Franklin | 2,324KB | Audio |
| heard@KaZaA | GOSPEL God's Property - Kirk Franklin - My Life Is In Your ... | Kirk Franklin | 3,927KB | Audio |
| heard@KaZaA | Keke Wyatt ft. Avant - Nothing in this world.mp3 | Keke Wyatt f. Avant | 3,875KB | Audio |
| heard@KaZaA | 08_Hey me_CAMRON_Come Home With Me.mp3 | Camron | 3,486KB | Audio |
| heard@KaZaA | Slow Jams- Xscape - Work Me Slowly.mp3 | Xscape | 2,915KB | Audio |
| heard@KaZaA | Aaliyah - 4 Page Letter.mp3 | Aaliyah | 4,567KB | Audio |
| heard@KaZaA | Mo Thugs - Its All Good.mp3 | Mo Thugs | 3,709KB | Audio |
| heard@KaZaA | No Question - I Don't Care.mp3 | No Question | 3,833KB | Audio |
| heard@KaZaA | Baby D, Archie, Pastor Troy - ATL Ho.mp3 | Baby D, Archie, Pastor Tr... | 4,244KB | Audio |
| heard@KaZaA | Maxwell - This Women's Work.mp3 | Maxwell | 4,193KB | Audio |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Maxwell - This Women's Work.mp3 | Maxwell | 4,192KB | Audio |
| heard@KaZaA | Monica- Too Hood.mp3 | Monica | 3,780KB | Audio |
| heard@KaZaA | artist - I know u want it.mp3 | Khia | 3,095KB | Audio |
| heard@KaZaA | Keith Sweat - One on One.mp3 | Keith Sweat | 5,627KB | Audio |
| heard@KaZaA | 01 Hoes,Hoes,Hoes.wma | Lil Wayne | 2,170KB | Audio |
| heard@KaZaA | Mo Thugs Family - U Don't Own Me.mp3 | Mo Thug Family | 5,992KB | Audio |
| heard@KaZaA | 8-nasty girl.mp3 | Field Mob | 3,731KB | Audio |
| heard@KaZaA | Nelly - 01 - Nellyville - simpleimp3s.mp3 | Nelly | 4,992KB | Audio |
| heard@KaZaA | 10-Nelly_-_Dilemma_Ft_Kelly_Rowland.mp3 | Nelly | 4,519KB | Audio |
| heard@KaZaA | City High - The Only One I Trust.mp3 | City High | 4,022KB | Audio |
| heard@KaZaA | Eve - Gotta Man.mp3 | Eve | 4,133KB | Audio |
| heard@KaZaA | Fabulous ft. Ashanti- So Into You.mpg | Fabolous Ft Ashanti | 6,441KB | Video |
| heard@KaZaA | Tamia - So Into You.mp3 | Tamia | 4,080KB | Audio |
| heard@KaZaA | 02-ying_yang_twins-georgia_dome-cms.mp3 | Ying Yang Twins | 3,144KB | Audio |
| heard@KaZaA | Lil Wayne - Grindin' (Beat).mp3 | Clipse f/ Cash Money + N... | 4,346KB | Audio |
| heard@KaZaA | Isyss - Single for the rest of my life.wma | Isyss | 2,757KB | Audio |
| heard@KaZaA | Trina-i wanna ho/adiamond princess-(Brand New).mp3 | Trina | 2,999KB | Audio |
| heard@KaZaA | City High - City High - 08 - Best Friends.mp3 | City High | 4,598KB | Audio |
| heard@KaZaA | Ashanti - 13 - Over (1).mp3 | Ashanti | 2,611KB | Audio |
| heard@KaZaA | Il' mo - Gangsta (1).mp3 | Lil' Mo | 2,276KB | Audio |
| heard@KaZaA | Trina ICU Feat Ludacris.mp3 | Trina ft Ludacris | 3,732KB | Audio |
| heard@KaZaA | Erika Badu - Tyrone.mp3 | Erykah Badu | 3,664KB | Audio |
| heard@KaZaA | 06_Monica-U Deserve.mp3 | Monica | 4,131KB | Audio |
| heard@KaZaA | khia-fuck dem other hoes .mp3 | Khia | 3,908KB | Audio |
| heard@KaZaA | Ghost Town DJ's - My Boo.mp3 | Ghost Town DJ's | 5,420KB | Audio |
| heard@KaZaA | trina-diamond princess-hustling -Pre-Release.mp3 | Trina | 2,725KB | Audio |
| heard@KaZaA | Lil Jon and Eastside Boyz - Track06.mp3 | Lil Jon and Eastside Boyz | 4,149KB | Audio |
| heard@KaZaA | Trina featuring Tweet - No Panties.mp3 | Trina Featuring Tweet | 2,599KB | Audio |
| heard@KaZaA | Disturbing Tha Peace ft. Scarface_Ludacris - Growing Pai... | Disturbing Tha Peace | 4,173KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | My Downloads | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|---|
| heard@KaZaA | Disturbing Tha Peace ft. Scarface_Ludacris - Growing Pai... | Disturbing Tha Peace | 4,179KB | Audio | Growing Pains (remix)(feat |
| heard@KaZaA | AALIYA - If your girl only knew.mp3 | Aaliyah | 3,410KB | Audio | If |
| heard@KaZaA | Trick Daddy,Twista-Fallin in love.mp3 | Trick Daddy feat. Trina | 2,682KB | Audio | |
| heard@KaZaA | 3LW - I'm gonna make you miss me.mp3 | 3LW | 4,323KB | Audio | |
| heard@KaZaA | Ashanti - 09 - Baby - music-madness.mp3 | Ashanti | 2,594KB | Audio | |
| heard@KaZaA | Erykah badu and Common- Love of my life.mp3 | Erykah Badu feat. Comm... | 1,624KB | Audio | |
| heard@KaZaA | Neva Get Enuf .mp3 | 3LW ft. Lil Wayne | 3,496KB | Audio | |
| heard@KaZaA | Last Mr Bigg-Dopeman Bitch.mp3 | The Last Mr Bigg | 3,276KB | Audio | |
| heard@KaZaA | pastor troy - Rhonda.mp3 | Pastor Troy | 4,226KB | Audio | Ps |
| heard@KaZaA | artist - Don't trust no nigga.mp3 | Khia | 4,759KB | Audio | D |
| heard@KaZaA | Trick Daddy ft. Trina and Deuce Poppi Co - Uh huh, Ok, W... | Trick Daddy | 4,082KB | Audio | Uh huh, Ok, |
| heard@KaZaA | Taste my Ice Cream.wma | JS | 1,614KB | Audio | T |
| heard@KaZaA | Syleena Johnson - I Am Your Woman.mp3 | Syleena Johnson | 4,172KB | Audio | |
| heard@KaZaA | True Love.mp3 | Lil Romeo Feat Solange | 1,812KB | Audio | |
| heard@KaZaA | Lil Wayne - Squad up - oh boy (Juvenile diss) (unreleased... | Lil Wayne | 3,331KB | Audio | oh boy (Juvenile |
| heard@KaZaA | Eve F Alicia Keys - Gangsta Lovin.mp3 | Eve F Alicia Keys | 5,483KB | Audio | |
| heard@KaZaA | Janet Jackson - I Get So Lonely.mp3 | Janet Jackson feat. Blacks... | 4,890KB | Audio | |
| heard@KaZaA | lil wayne - check my baby mama.mp3 | lil wayne | 2,381KB | Audio | |
| heard@KaZaA | deuce komradz-ride and smokin.mp3 | Deuce Komradz | 4,480KB | Audio | |
| heard@KaZaA | LIL WAYNE-Track 1.mp3 | Lil Wayne | 3,778KB | Audio | Freestyle (stop p |
| heard@KaZaA | Lil Wayne - Tweet (Beat).mp3 | Lil Wayne | 3,672KB | Audio | |
| heard@KaZaA | lil john-Bounce Dat Azz.mp3 | Lil Jon_The Eastside Boyz | 2,970KB | Audio | |
| heard@KaZaA | PROPHET JONES - Cry Together.mp3 | PROPHET JONES | 5,199KB | Audio | |
| heard@KaZaA | Quint Black - Shake Them Haters Off.mp3 | Chingy | 3,948KB | Audio | Shal |
| heard@KaZaA | Field Mob feat YB - Sick of being lonely (album Verson Real)... | Field Mob | 3,706KB | Audio | S |
| heard@KaZaA | Jon B - They Don't Know.mp3 | Jon B | 2,847KB | Audio | |
| heard@KaZaA | Tank - One Man (1).mp3 | Tank | 3,733KB | Audio | |
| heard@KaZaA | Lil Jon_The Eastside Boyz - Nothins Free.mp3 | Lil Jon_The Eastside Boyz | 4,181KB | Audio | |
| heard@KaZaA | Juvenile-400 Degreez-12-Bah nigger (Q).mp3 | Juvenile, Lil Wayne, Tur... | 4,775KB | Audio | |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Juvenile-400 Degreez-12-Rich niggaz (2).mp3 | Juvenile, Lil Wayne, Turk | 4,775KB | Audio |
| heard@KaZaA | Fabolous-this_is_my_party.mp3 | Fabolous | 4,307KB | Audio |
| heard@KaZaA | Lil Jon - I Dont Give A Fuck.mp3 | Lil Jon And The Eastside... | 4,261KB | Audio |
| heard@KaZaA | Deuce Komradz - Southern Playa.mp3 | Deuce Komradz | 5,290KB | Audio |
| heard@KaZaA | Pastor Troy_T- Roc - Big Mouth Big Talk.mp3 | Hypnotize Camp Posse | 3,698KB | Audio |
| heard@KaZaA | Deuce Komradz - Oh N.mp3 | Deuce Komradz | 4,226KB | Audio |
| heard@KaZaA | Deuce Komradz - 100 Elbows (1).mp3 | Deuce Komradz | 5,291KB | Audio |
| heard@KaZaA | Trick Daddy - Dro In Da Wind (Remix).mp3 | Trick Daddy F/ Cee Lo_B... | 4,150KB | Audio |
| heard@KaZaA | Monica - Angel of Mine.mp3 | Monica | 3,909KB | Audio |
| heard@KaZaA | TLC-Girl Talk (NO AOL VOICEOVER).mp3 | TLC | 3,673KB | Audio |
| heard@KaZaA | monica-12-thats_my_man-whoa.mp3 | Monica | 4,287KB | Audio |
| heard@KaZaA | Aaliyah - One In A Million.mp3 | Aaliyah | 4,231KB | Audio |
| heard@KaZaA | jt5.mp3 | Justin Timberlake | 3,405KB | Audio |
| heard@KaZaA | Il Chat - Gold Diggers.mp3 | La Chat | 3,316KB | Audio |
| heard@KaZaA | Maxwell - Now - Lifetime.mp3 | Maxwell | 5,226KB | Audio |
| heard@KaZaA | Khia - You My Girl #15.mp3 | Khia | 4,295KB | Audio |
| heard@KaZaA | In and Out of Love - IMX.mp3 | IMX | 3,106KB | Audio |
| heard@KaZaA | Missy Elliott feat Ginuwine_Aaliyah - Take Away.mp3 | Missy Elliot F. Ginuwine | 3,497KB | Audio |
| heard@KaZaA | Mr Bigg - Sick-N-Tired_0410081415.mp3 | Mr Bigg | 5,035KB | Audio |
| heard@KaZaA | Last Mr Bigg-Laughin Murderah (1).mp3 | The Last Mr Bigg | 3,556KB | Audio |
| heard@KaZaA | The Last Mr Bigg - time served.mp3 | Mr Bigg | 3,246KB | Audio |
| heard@KaZaA | R. Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,872KB | Audio |
| heard@KaZaA | Frankie J- Dont Wanna Try.mp3 | Frankie J | 5,790KB | Audio |
| heard@KaZaA | Nivea - Cheatin On U.mp3 | Nivea | 3,553KB | Audio |
| heard@KaZaA | Young Gunz - Cant Stop, Wont Stop remix.mp3 | Young Gunz feat. Jay Z | 4,029KB | Audio |
| heard@KaZaA | The Last Mr. Bigg - Hoe Check.mp3 | Mr Bigg | 4,648KB | Audio |
| heard@KaZaA | lil flip - The Way We Ball.mp3 | Lil Flip | 4,456KB | Audio |
| heard@KaZaA | Lil Jon-Eastside boys - just a bitch.mp3 | Lil John and the eastside... | 3,354KB | Audio |
| heard@KaZaA | Lil john and eastside boys Couldnt be a b... | Lil Jon And the Eastside B... | 5,712KB | Audio |

Found 572 files    2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | lil john and eastside boys feuture too short Couldnt be a b... | Lil Jon And the Eastside B... | 5,712KB | Audio |
| heard@KaZaA | lil jon_the eastside boyz - Can't Stop Pimpin.mp3 | Lil John and Eastside Boys | 5,588KB | Audio |
| heard@KaZaA | Lil Mo Feat Free - 21 Answers.mp3 | LIL MO Fet. FREE | 4,901KB | Audio |
| heard@KaZaA | 50cents feat. Destiny child - Thug Love.mp3 | 50 Cent | 4,560KB | Audio |
| heard@KaZaA | SURVIVOR 10 - Emotion.mp3 | Destinys Child | 3,699KB | Audio |
| heard@KaZaA | RB - Monica And Usher - Slow Jam.mp3 | Monica and Usher | 4,428KB | Audio |
| heard@KaZaA | xscape - who can i run to.mp3 | Xscape | 3,395KB | Audio |
| heard@KaZaA | Jagged Edge-He Can't Love You.mp3 | Jagged Edge | 3,769KB | Audio |
| heard@KaZaA | Monica - For You I Will.mp3 | Monica | 4,630KB | Audio |
| heard@KaZaA | Jagged Edge - Promise.mp3 | Jagged Edge | 3,866KB | Audio |
| heard@KaZaA | Deborah Cox - Nobody's Supposed To Be Here.mp3 | Deborah Cox | 3,073KB | Audio |
| heard@KaZaA | Destiny's Child - Dangerously In Love.mp3 | Destinys Child | 4,786KB | Audio |
| heard@KaZaA | ashanti feat murda inc - foolish.mp3 | Ashanti | 3,554KB | Audio |
| heard@KaZaA | Jagged Edge - I Gotta Be.mp3 | Jagged Edge | 3,362KB | Audio |
| heard@KaZaA | rain swv.mp3 | SWV | 4,123KB | Audio |
| heard@KaZaA | Kirk Franklin - Stomp (Orignal Mix).mp3 | Kirk Franklin | 5,256KB | Audio |
| heard@KaZaA | SIR CHARLES JONES - Is There Anybody Lonely (1).mp3 | SIR CHARLES JONES | 3,381KB | Audio |
| heard@KaZaA | SIR CHARLES JONES - Just Can't Let Go.mp3 | Sir Charles Jones | 4,354KB | Audio |
| heard@KaZaA | Lil'Wayne-Gangsta's and pimps (ft. Baby).mp3 | Lil Wayne | 5,507KB | Audio |
| heard@KaZaA | City High - Caramel (1).mp3 | City High | 2,526KB | Audio |
| heard@KaZaA | Dru Hill - Five Steps.mp3 | Dru Hill | 5,352KB | Audio |
| heard@KaZaA | Dru Hill - Never Make A Promise.mp3 | Dru Hill | 5,119KB | Audio |
| heard@KaZaA | Destiny's Child - Bills, Bills, Bills.mp3 | Destiny's Child | 4,005KB | Audio |
| heard@KaZaA | Ginuwine - stingy.MP3 | Ginuwine | 4,028KB | Audio |
| heard@KaZaA | Ginuwine - The Life - 13 - Superhuman (1).mp3 | Ginuwine | 1,954KB | Audio |
| heard@KaZaA | ginuwine - the life - 04 - Differences (1).mp3 | Genuwine | 2,079KB | Audio |
| heard@KaZaA | Monica - What Hurts The Most.mp3 | Monica | 4,439KB | Audio |
| heard@KaZaA | prophet jones - Lifetime.mp3 | Prophet Jones | 4,672KB | Audio |
| heard@KaZaA | Gangster Boo-Can I Get Paid.mp3 | Gangsta Boo - Can I Get P... | 3,272KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB)    Not sharing any files

Found 572 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Gangster Boo-Can I Get Paid.mp3 | Gangsta Boo - Can I Get P... | 3,272KB | Audio |
| heard@KaZaA | Ashanti Ft. Notorius Big - Unfoolish.mp3 | Ashanti Ft. Notorius Big | 3,062KB | Audio |
| heard@KaZaA | Gangsta Boo - Both Worlds - 15 (1)(1).mp3 | Project Pat | 2,240KB | Audio |
| heard@KaZaA | Fallin'.mp3 | Alicia Keys | 3,065KB | Audio |
| heard@KaZaA | Missy Elliott - Work It (Dirty).mp3 | missy elliot | 4,117KB | Audio |
| heard@KaZaA | Nas - The Pledge Remix (Feat. Ashanti_Ja Rule).mp3 | Nas — The Pledge Remix (feat... | 3,695KB | Audio |
| heard@KaZaA | Blaque - Questions.mp3 | Blaque | 4,357KB | Audio |
| heard@KaZaA | Dru Hill - I Should Be.mp3 | Dru Hill | 4,154KB | Audio |
| heard@KaZaA | Jadakiss - They Ain't Ready.mp3 | Isyss | 4,087KB | Audio |
| heard@KaZaA | Musiq - Dontchange.mp3 | Musiq Soulchild | 2,411KB | Audio |
| heard@KaZaA | Lil Wayne - 10 - Where You At - simplemp3s.mp3 | Lil Wayne | 4,507KB | Audio |
| heard@KaZaA | Mr. Magic - What(dirty).mp3 | Mr. Magic | 3,104KB | Audio |
| heard@KaZaA | Jennifer Lopez Feat Jadakiss_Styles - Jenny From The Blo... | Jennifer Lopez | 2,979KB | Audio — Jenny From |
| heard@KaZaA | Destiny's Child - Hey Ladies.mp3 | destiney's child | 4,000KB | Audio |
| heard@KaZaA | Three Six Mafia-Elbow A Nigga.mp3 | Tear Da Club Up Thugs | 3,246KB | Audio |
| heard@KaZaA | Musiq Soulchild - Half Crazy.mp3 | Musiq Soulchild | 3,961KB | Audio — Half Cra |
| heard@KaZaA | Jaheim feat. Jhe Rayne - Fabolous.wma | Jaheim f. The Rayne | 3,560KB | Audio |
| heard@KaZaA | Murphy Lee - What tha Hook Gone Be.mp3 | Murphy Lee | 3,514KB | Audio — W |
| heard@KaZaA | Gangsta Boo - I'll Be The Other Woman.mp3 | Gansta boo | 4,197KB | Audio — I'll Be |
| heard@KaZaA | 06 - Knock Knock.mp3 | Monica | 4,045KB | Audio |
| heard@KaZaA | Fabolous VS. G-DEP - FABOLOUS WIT JOE BUTTONS-FREE... | Fabolous Feat. Joe Budden | 2,895KB | Audio |
| heard@KaZaA | 504Boys-I can tell.mp3 | Mercedes | 3,374KB | Audio |
| heard@KaZaA | John Doe (featuring LeLe).mp3 | Public Announcement | 4,009KB | Audio — John D |
| heard@KaZaA | ESG ft Slimthug-put yo hands up.mp3 | chingy | 3,779KB | Audio |
| heard@KaZaA | Lil Mo ft. Fabolous - Forever.mp3 | Lil' Mo feat Fabulous | 4,192KB | Audio |
| heard@KaZaA | b2k- y i luv u.wma | B2k | 1,323KB | Audio |
| heard@KaZaA | Master P - I Miss My Homies.mp3 | Master P | 5,049KB | Audio |
| heard@KaZaA | Mckenstef - He's Mine.mp3 | Mckenstef | 3,984KB | Audio |
| heard@KaZaA | 504 Doyz - Wobble Wobble.mp3 | master p/silk the shocker | 3,444KB | Audio — 504 Boy |

Found 572 files    2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | 504 Boyz - Wobble Woobble.mp3 | master p/silk the shocker | 3,444KB | Audio |
| heard@KaZaA | lets get married-Jaged Edge.mp3 | Jaged Edge | 3,482KB | Audio |
| heard@KaZaA | Tyrese - Act Like That (1).mp3 | Tyrese | 4,450KB | Audio |
| heard@KaZaA | Mercedes Feat. Master P - Crazy bout ya.mp3 | Mercedes | 4,995KB | Audio |
| heard@KaZaA | Ghetto D - Master P - Pass Me Da Green.mp3 | Master P | 4,340KB | Audio |
| heard@KaZaA | Kelly Price - As We Lay.mp3 | Kelly Price | 5,940KB | Audio |
| heard@KaZaA | Vice Verse (1) (1).mp3 | Pastor Troy | 4,154KB | Audio |
| heard@KaZaA | Aaliyah - I Don't Wanna.mp3 | Aaliyah | 4,000KB | Audio |
| heard@KaZaA | Aaliyah - I'll be Watching You.mp3 | Aaliyah | 3,141KB | Audio |
| heard@KaZaA | Aaliyah Feat Timberland - Hot Like Fire (Remix).mp3 | Aaliyah | 4,318KB | Audio |
| heard@KaZaA | Aaliyah Feat.DMX - come back in one piece.mp3 | Aaliyah | 2,813KB | Audio |
| heard@KaZaA | (16) B2k - Last Boyfriend.mp3 | B2k | 1,618KB | Audio |
| heard@KaZaA | aaliyah_-miss-you_.mp3 | Aaliyah | 3,785KB | Audio |
| heard@KaZaA | ms_jade_ft_nelly_furtado_timbaland-02-ching_ching_(alb... | Nelly Furtado Feat. Timbe... | 4,294KB | Audio |
| heard@KaZaA | R. Kelly - Ignition.mp3 | R. Kelly | 3,478KB | Audio |
| heard@KaZaA | Missy Elliot ft Ms. Jade - Funky Fresh.mp3 | Missy Elliott ft Ms. Jade | 3,660KB | Audio |
| heard@KaZaA | Missy Eliot f. Ludacris - Gossip Folks.mp3 | Missy Elliott | 5,545KB | Audio |
| heard@KaZaA | Missy Elliott - Swing Your Partner.mp3 | Missy Elliott | 2,662KB | Audio |
| heard@KaZaA | Lil' Mo- I'll Trade (A Million Bucks).mp3 | Keith Sweat | 2,887KB | Audio |
| heard@KaZaA | Avant - Ooh Aah.mp3 | Avant | 3,968KB | Audio |
| heard@KaZaA | Destiny's Child- Brown Eyes.mp3 | Destiny's Child | 4,314KB | Audio |
| heard@KaZaA | Ludacris - Stuck.mp3 | Ludacris | 1,260KB | Audio |
| heard@KaZaA | Dirty - Da Pimp and Da Gangsta - 06 - Candyman.MP3 | Dirty | 4,612KB | Audio |
| heard@KaZaA | Missy Elliot - 07 - Pussycat - simplemp3s (1).mp3 | Missy Elliott | 6,435KB | Audio |
| heard@KaZaA | 3LW - 3LW - 08 - Curious_y2kj.mp3 | 3LW | 4,526KB | Audio |
| heard@KaZaA | T.I.-Dope Boy Fresh.mp3 | T.I. | 4,728KB | Audio |
| heard@KaZaA | Hot Boys - Get It How U Live!! - 01 - Intro -Big Tymers-.mp3 | Hot Boys | 2,597KB | Audio |
| heard@KaZaA | Toni Braxton - Just Be A Man About It.mp3 | Toni Braxton | 4,504KB | Audio |
| heard@KaZaA | Angie Martinez ft. Kelis - Take You Home .mp3 | Angie Martinez | 3,743KB | Audio |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | Theater | Search | Traffic | Shop | Tell A Friend
New Search | My Kazaa | My Downloads | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Angie Martinez ft. Kelis - Take You Home .mp3 | Angie Martinez | 3,748KB | Audio |
| heard@KaZaA | 02-damn_rmx_dirty-pmd.mp3 | Youngbloodz ft Ludacris ... | 6,903KB | Audio |
| heard@KaZaA | Big Tymers - Try'n 2 Make A Million.MP3 | Big Tymers | 4,146KB | Audio |
| heard@KaZaA | Christina Aguilera - 02 - Can't Hold Us Down.mp3 | Christina Aguilera | 3,966KB | Audio |
| heard@KaZaA | Swat Team-We Hate Pastor Troy (He Ain't Ready).mp3 | Lil Jon | 3,511KB | Audio |
| heard@KaZaA | GUESS WHAT.mp3 | SYLEENA JOHNSON | 3,329KB | Audio |
| heard@KaZaA | Common - Come Close To Me (1).mp3 | Common feat. Mary J. Bli... | 2,731KB | Audio |
| heard@KaZaA | 02-too_short_ft_twista_lil_jon-quit_hatin_pt1_(dirty)-gsm ... | Lil Jon_The Eastside Boyz | 3,799KB | Audio |
| heard@KaZaA | Juvenile - Da Magnolia.mp3 | Juvenile | 4,381KB | Audio |
| heard@KaZaA | 03-lil_jon_and_the_eastside_boyz-nothin_on_feat._chyna... | Lil Jon And The Eastside ... | 4,868KB | Audio |
| heard@KaZaA | Juvenile - I Got That Fire.mp3 | Juvenile | 5,408KB | Audio |
| heard@KaZaA | Jagged Edge - All out of Love.mp3 | Jagged Edge | 3,633KB | Audio |
| heard@KaZaA | OLIVIA_Bizonce (dirty).mp3 | Olivia | 5,053KB | Audio |
| heard@KaZaA | Aaliyah - 03 - Rock Da Boat.mp3 | Aaliyah | 4,289KB | Audio |
| heard@KaZaA | Juvenile - You Understand.mp3 | Juvenile | 3,039KB | Audio |
| heard@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 09 - Keep Yo.... | Lil' Jon_The Eastside Bo... | 1,804KB | Audio |
| heard@KaZaA | IMX - Girl Like You.mp3 | Immature | 3,400KB | Audio |
| heard@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 12 - The We... | Lil John and Eastside Boys | 3,531KB | Audio |
| heard@KaZaA | Lil Jon and the East Side Boys - Who You Wit (Bama Remix)... | Lil John and Eastside Boys | 4,270KB | Audio |
| heard@KaZaA | pastor troy- ima pimp myself .mp3 | Pastor Troy | 4,065KB | Audio |
| heard@KaZaA | Miracle f. Pastor Troy - Bounce.mp3 | Miracle feat. Pastor Troy | 4,644KB | Audio |
| heard@KaZaA | Destiny's Child - Now That She's Gone.mp3 | Destiny's Child | 5,295KB | Audio |
| heard@KaZaA | Murphy Lee - What You Gonna Be.mp3 | St. Lunatics_Toya | 3,930KB | Audio |
| heard@KaZaA | ((B2K))What A Girl Wants.mp3 | B2K | 4,356KB | Audio |
| heard@KaZaA | 06 - Track 6.mp3 | ludacris | 2,191KB | Audio |
| heard@KaZaA | Monica - I'm Back.mp3 | Monica | 3,365KB | Audio |
| heard@KaZaA | Poster and Drama - Walk Dat Talk.mp3 | Pastor Troy | 4,276KB | Audio |
| heard@KaZaA | pastor troy-universal soldier-when he comes, featuring pas... | Pastor Troy | 5,743KB | Audio |
| heard@KaZaA | 003-ja_rule-mesmerize_feat._ashanti-(www.Mp3s-4-all.org)... | Ja Rule and Ashanti | 4,553KB | Audio |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files