# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | 003-ja_rule-mesmerize_feat_ashanti-(www_Mp3s.4-all.org... | Ja Rule and Ashanti | 4,355KB | Audio |
| heard@KaZaA | 04 - U Should've Known Betta.mp3 | Monica | 4,036KB | Audio |
| heard@KaZaA | Everybody in da Club.mp3 | Ying Yang Twins | 4,252KB | Audio |
| heard@KaZaA | Aaliyah - 03 - Rock Da Boat (1).mp3 | Monica | 3,167KB | Audio |
| heard@KaZaA | Ying Yang Twins-Kick In The Door.mp3 | Ying Yang Twins | 5,004KB | Audio |
| heard@KaZaA | CHINGY - HOLIDAE IN (FEATURING LUDACRIS AND SNOOP... | Chingy ft. Snoop_Ludacr... | 4,947KB | Audio |
| heard@KaZaA | Gangsta Boo---Love Dont Live (1) (2).mp3 | Gangsta Boo | 4,240KB | Audio |
| heard@KaZaA | Three Six Mafia - Playa Why Ya Hatn.mp3 | Tear Da Club Up Thugs | 4,104KB | Audio |
| heard@KaZaA | Lil' John and the Eastside Boys - Let My Nuts Go.mp3 | Lil' John and the Eastside ... | 4,500KB | Audio |
| heard@KaZaA | Three Six Mafia - Throw your sets up.mp3 | Tear Da Club Up Thugs of... | 3,439KB | Audio |
| heard@KaZaA | Camron-daydreaming.mp3 | Camron | 6,117KB | Audio |
| heard@KaZaA | David Banner feat. Young Bleed - Uh Huh.mp3 | David Banner | 3,200KB | Audio |
| heard@KaZaA | choppa-Messy B---hes (1).mp3 | Choppa | 3,448KB | Audio |
| heard@KaZaA | old school slow jams - Immature - Please Dont Go.mp3 | Imx | 4,252KB | Audio |
| heard@KaZaA | Nivea - 25 Reasons.mp3 | H-Town | 4,656KB | Audio |
| heard@KaZaA | H-Town - Emotions.mp3 | Khia | 4,413KB | Audio |
| heard@KaZaA | artist - Remember Me.mp3 | Nappy Roots | 3,872KB | Audio |
| heard@KaZaA | Nappy Roots - Headz Up.mp3 | Nivea | 3,879KB | Audio |
| heard@KaZaA | Olivas - ARE U CAPABLE.mp3 | Olivia | 2,940KB | Audio |
| heard@KaZaA | Jennifer Lopez feat. LL Cool J-All I Have.mp3 | Jennifer Lopez feat. LL C... | 1,997KB | Audio |
| heard@KaZaA | Trick Daddy feat.mp3 | TRINA A.K.A MS.DIAMO... | 2,618KB | Audio |
| heard@KaZaA | Nivea ft. R.Kelly - Laundrymat.mp3 | R Kelly ft Nivea | 3,052KB | Audio |
| heard@KaZaA | Lil Jon The EASTSIDE Boyz Feat. Pastor Troy_Baby D - ... | Lil Jon | 3,528KB | Audio |
| heard@KaZaA | LIL FLIP FT B.G. - WHY YOU HATERS SO MAD.mp3 | lil flip lil wayne shawny po... | 3,519KB | Audio |
| heard@KaZaA | ja rule f. dmx eminem jayz - its murda .mp3 | Da Band | 4,513KB | Audio |
| heard@KaZaA | Kelly Price Feat. Ron Isley and R.Kelly - Best Friend.avi | Kelly Price feat. R. Kelly ... | 4,772KB | Video |
| heard@KaZaA | Mary J Blige - No More Drama.mp3 | Mary J. Blige | 5,096KB | Audio |
| heard@KaZaA | HIP HOP BEATS - DIRTY SOUTH BOUNCE.mp3 | Instrumentals | 4,101KB | Audio |
| heard@KaZaA | Uncle Luke - Lizard Lizard.mp3 | Luke | 3,920KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Uncle Luke - Lizard Lizard.mp3 | Luke | 3,920KB | Audio |
| heard@KaZaA | Ludacris Ft. Trina, Shawna, And Foxy Brown - I Wanna Lic... | Trina, Shawna, and Foxy... | 3,258KB | Audio |
| heard@KaZaA | 01-r_kelly-ignition_(remix).mp3 | 01-r_kelly-ignition_(remix) | 2,984KB | Audio |
| heard@KaZaA | Puff Daddy Feat. Lil' Kim_Mario Winans - Satisfy You (Rem... | Lil' Kim | 3,570KB | Audio |
| heard@KaZaA | R.Kelly - A Woman's Threest.mp3 | R.Kelly | 4,187KB | Audio |
| heard@KaZaA | Luke - Raise The Roof.mp3 | luke | 3,325KB | Audio |
| heard@KaZaA | Jodeci - Knockin the boots (1).mp3 | H-Town | 4,583KB | Audio |
| heard@KaZaA | SWV - Weak.mp3 | SWV | 4,605KB | Audio |
| heard@KaZaA | Project Pat feat. Three Six Mafia - Chicken Head.mp3 | Project Pat | 3,199KB | Audio |
| heard@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 19 - Get Low... | Lil' Jon_The Eastside Bo... | 5,222KB | Audio |
| heard@KaZaA | Jay-Z - Playas Gon Play.mp3 | 3LW feat Jay Z | 4,420KB | Audio |
| heard@KaZaA | The Fast and The Furious - ashanti when a man does wron... | The Fast_The Furious | 1,996KB | Audio |
| heard@KaZaA | nate_dogg-11-real_pimp_feat_ludacris-supermp3s.mp3 | Ludacris | 3,349KB | Audio |
| heard@KaZaA | Choices - Project Pat_Ludacris - Dis Bitch, Dat Hoe.mp3 | Ludacris | 3,070KB | Audio |
| heard@KaZaA | Marques_Batman_Houston - That Girl.mp3 | Marques "Batman" Houst... | 3,494KB | Audio |
| heard@KaZaA | FaBuLoUs Ft Lil. mO-cAn'T LeT u Go.mp3 | Fabolous Feat. Lil Mo | 3,552KB | Audio |
| heard@KaZaA | Gangsta Boo - Your Girl is Man.mp3 | Gangsta Boo | 3,606KB | Audio |
| heard@KaZaA | Alicia KeysMisc. - Girlfriend.mp3 | Alicia Keys | 2,042KB | Audio |
| heard@KaZaA | Lil jon-wild motherfucker.MP3 | Lil Scrappy ft Lil John | 1,904KB | Audio |
| heard@KaZaA | KURUPT feat NATINA REED (of BLAQUE) - It's Over Now-... | KURUPT feat NATINA RE... | 2,499KB | Audio |
| heard@KaZaA | Bone Thugs n Phil Collins-Home.MP3 | Bone Thugs and Harmony | 2,164KB | Audio |
| heard@KaZaA | Juvenile - Momma got ass.mp3 | Juvenile | 4,345KB | Audio |
| heard@KaZaA | Jaheim - 05 - Put That Woman First - Still Ghetto.mp3 | Jaheim | 3,843KB | Audio |
| heard@KaZaA | Hp Hop Trina - Niggas Ain't Shit.mp3 | Trina | 3,806KB | Audio |
| heard@KaZaA | Tri Ain't Never Scared.mp3 | TI feat. Bone Crusher | 3,129KB | Audio |
| heard@KaZaA | Kane n Abel - greens cornbread and cabbage.mp3 | Kane and Abel | 3,966KB | Audio |
| heard@KaZaA | Lil Kim-TheJumpOff FeeturingMr.Cheeks.mp3 | Lil' Kim | 2,796KB | Audio |
| heard@KaZaA | Fat Joe - Lil Jon_The Eastside Boys - Oobie - Trick Daddy ... | Lil Jon_The Eastside Boys | 3,944KB | Audio |
| heard@KaZaA | RAP-=-Gansta Pat - Creep Wit a Nigga .mp3 | Gansta Boo | 3,624KB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| heard@KaZaA | RAP---Gangsta Pat - Creep Wit a Nigga .mp3 | Gansta Boo | 3,624KB | Audio | from |
| heard@KaZaA | the neptunes-the neptunes present...clones-fronton pharre.. | the neptunes | 1,088KB | Audio | |
| heard@KaZaA | mary j. blige-love and life-love at first sight.mp3 | mary j. blige | 3,512KB | Audio | |
| heard@KaZaA | gotstate - Feb 28, 2002 20.10.26.mp3 | B2K | 4,131KB | Audio | |
| heard@KaZaA | SWV Feat. Trina_Tamara - My Love Is The Shhh.mp3 | Something for the people | 4,299KB | Audio | Boom! I |
| heard@KaZaA | Rap-Old School-Booty Mix - Boom! I Got Your Boyfriend.m... | HipHop Rap 90's Old Scho... | 3,976KB | Audio | Boom I Fuc |
| heard@KaZaA | Booty Mix - Boom I Got Your Boyfriend.mp3 | MC Luscious | 2,626KB | Audio | Sh |
| heard@KaZaA | Nelly-P[1]. Diddy-Murphy Lee - Shake Ya Tail Feather.mp3 | Nelly/P. Diddy/Murphy Lee | 4,556KB | Audio | |
| heard@KaZaA | Ying Yang Twins - ATL Eternally Feat. Lil' Jon_The Eastsid... | lil jon | 4,040KB | Audio | ATL Eternally Feat. Lil' Jon_The Ea |
| heard@KaZaA | Rap - Trina - I'll Always.mp3 | Trina | 3,179KB | Audio | |
| heard@KaZaA | Ludacris - Too Many Niggas.mp3 | Ludacris | 3,929KB | Audio | N |
| heard@KaZaA | Smilez_Southstar - Now That Your Gone.wma | Smilez And Southstar | 5,355KB | Audio | |
| heard@KaZaA | Trina w 3ABAN_J Shin - Mama.mp3 | Trina | 2,944KB | Audio | |
| heard@KaZaA | Janet Jackson. Let's Wait a While.mp3 | Janet Jackson | 4,353KB | Audio | |
| heard@KaZaA | Donell Jones-Think About It.MP3 | Donnell Jones | 3,962KB | Audio | |
| heard@KaZaA | Fabolous - Ma'Be Easy.mp3 | Fabolous | 3,538KB | Audio | I Get |
| heard@KaZaA | Janet Jackson f. Blackstreet - I Get So Lonely (Remix).mp3 | Janet Jackson feat. Blacks... | 4,879KB | Audio | Thin Line B |
| heard@KaZaA | H-Town - Thin Line Between Love and Hate.mp3 | H-Town | 4,692KB | Audio | |
| heard@KaZaA | Silkk and Mya - Thug love.mp3 | Silkk and Mya | 3,938KB | Audio | Com |
| heard@KaZaA | Aaliyah - Come Over - feat. Tank.mp3 | Aaliyah | 3,674KB | Audio | Step in the n |
| heard@KaZaA | Mya f. Silkk - Movin' On.mp3 | Mya / Silkk da Shocker | 4,217KB | Audio | My |
| heard@KaZaA | R.Kelly - Step in the name of love (remix).mp3 | R. Kelly | 5,071KB | Audio | |
| heard@KaZaA | Mya - Missy Eliot - My Love Is Like Woah.mp3 | Mya / Missy Eliot | 3,278KB | Audio | |
| heard@KaZaA | K-p and Envi - Shorty Swing My Way.mp3 | KP_Envy | 3,923KB | Audio | |
| heard@KaZaA | Missy Eliot Ft Aaliyah_Da Brat- Sock Chickens.mp3 | Missy Misdemeanor Eliot f... | 4,608KB | Audio | Neva Eva |
| heard@KaZaA | Lil Scrappy - Neva Eva (Get On My Level) (1).mp3 | Lil Scrappy | 3,236KB | Audio | |
| heard@KaZaA | Rap-Trina-For All my Ladies.mp3 | Trina | 3,181KB | Audio | |
| heard@KaZaA | LIL CHAT-PEANUTBUTTER (1).mp3 | La Chat | 3,308KB | Audio | |
| heard@KaZaA | Lil' Jon _The Eastside Boyz - Kings of Crunk - 20 - T.I.P.m... | Lil' John and the Eastside ... | 555KB | Audio | Th |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search    My Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 20 - T.I.P..m... | Lil' John and the Eastside ... | 556kB | Audio |
| heard@KaZaA | Jagged Edge feat. JD_Da Brat - The Way That You Tak... | Jagged Edge | 3,421kB | Audio |
| heard@KaZaA | Missy Eliot - BEST FRIENDS (featuring Aaliyah).mp3 | Missy Elliott F. Ludacris, Tr... | 3,853kB | Audio |
| heard@KaZaA | Changing Faces - Visit Me - 06 - Last Night (Feat. Lil' Mo)... | Changing Faces | 2,994kB | Audio |
| heard@KaZaA | 16 - Three 6 Mafia Presents Hypnotize Camp Posse - Hoes... | LA Chat | 2,920kB | Audio |
| heard@KaZaA | 17 Somebody Got to Die.mp3 | Darrcode Ballaz, Legit Ball... | 1,870kB | Audio |
| heard@KaZaA | Outkast - The Way You Move.mp3 | Outkast | 5,516kB | Audio |
| heard@KaZaA | Ludacris - Midnight Train (1).mp3 | Ludacris | 3,428kB | Audio |
| heard@KaZaA | (10) Beyonce - Thats How You Like It ft..wma | Beyonce | 2,163kB | Audio |
| heard@KaZaA | Chingy ft. Ludacris - Right Thurr Remix.mp3 | Chingy ft. Ludacris | 2,660kB | Audio |
| heard@KaZaA | Tamia - Careless Whisper.mp3 | Tamia | 4,059kB | Audio |
| heard@KaZaA | Tamia - Who Do You Tell.mp3 | Tamia | 4,177kB | Audio |
| heard@KaZaA | Changing Faces - Fooling around.mp3 | Changing Faces | 3,926kB | Audio |
| heard@KaZaA | Changing Faces - That Other Woman.mp3 | Changing Faces | 4,865kB | Audio |
| heard@KaZaA | Smokie Norful- I Need You Now.mp3 | Smokie Norful | 3,968kB | Audio |
| heard@KaZaA | 14-sheek_louch-mighty_dblock_..mp3 | Sheek Louch | 4,953kB | Audio (Mighty D-Block (Feat. Jadakiss, ...) |
| heard@KaZaA | Blaque - I'm Good.mp3 | Blaque | 3,573kB | Audio |
| heard@KaZaA | Ludacris - You Got A Problem.mp3 | Ludacris | 4,612kB | Audio |
| heard@KaZaA | (18) Marques Houston (Form Imx) - That Girl.wma | Marques Houston (Form ... | 2,142kB | Audio |
| heard@KaZaA | Nb Ridaz - I Wanna Luv U.mp3 | Nb Riderz ft. Amanda Per... | 1,424kB | Audio |
| heard@KaZaA | Amanda Perez - I Still Love You.mp3 | Amanda Perez | 3,682kB | Audio |
| heard@KaZaA | Amanda Perez - Where You At.mp3 | Amanda Perez | 3,108kB | Audio |
| heard@KaZaA | Marques Houston - Clubbin Ft. Joe Budden.mp3 | Marques Houston | 3,934kB | Audio (Club) |
| heard@KaZaA | Jaheim Find Her Keep Her.mp3 | Jaheim | 3,108kB | Audio |
| heard@KaZaA | Twista ft Jamie Foxx - Slow Jams (1).mp3 | Jamie Foxx Feat. Twista | 3,216kB | Audio (Twista ft Ja...) |
| heard@KaZaA | Round_here.MP3 | Memphis Bleek | 3,677kB | Audio |
| heard@KaZaA | Eamon - i dont want you back (1).mp3 | Eamon | 1,725kB | Audio (I Do...) |
| heard@KaZaA | 15 - Youngbloodz - Fo Sho - Drankin' Patnaz.mp3 | Youngbloodz | 3,711kB | Audio |
| heard@KaZaA | Justin Timberlake - Rock Your Bodymp3 | Justin Timberlake | 3,155kB | Audio |

2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files

Found 572 files

## Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| heard@KaZaA | 17 Somebody Got to Die.mp3 | Darcode Ballaz, Legit Ball… | 1,870KB | Audio |
| heard@KaZaA | Outkast - The Way You Move.mp3 | Outkast | 5,516KB | Audio |
| heard@KaZaA | Ludacris - Midnight Train (1).mp3 | Ludacris | 3,428KB | Audio |
| heard@KaZaA | (10) Beyonce - Thats How You Like It ft.wma | Beyonce | 2,163KB | Audio |
| heard@KaZaA | Chingy ft. Ludacris - Right Thurr Remix.mp3 | Chingy ft. Ludacris | 2,680KB | Audio |
| heard@KaZaA | Tamia - Who Do You Tell.mp3 | Tamia | 4,059KB | Audio |
| heard@KaZaA | Changing Faces - Fooling around.mp3 | Changing Faces | 4,177KB | Audio |
| heard@KaZaA | Changing Faces - That Other Woman.mp3 | Changing Faces | 3,926KB | Audio |
| heard@KaZaA | Tamia - Careless Whisper.mp3 | Tamia | 4,865KB | Audio |
| heard@KaZaA | Smokie Norful- I Need You Now.mp3 | Smokie Norful | 3,968KB | Audio |
| heard@KaZaA | 14-sheek_louch-mighty_dblock_.mp3 | Sheek Louch | 3,573KB | Audio |
| heard@KaZaA | Blaque - I'm Good.mp3 | Blaque | 4,612KB | Audio |
| heard@KaZaA | Ludicris - You Got A Problem.mp3 | Ludacris | 4,983KB | Audio |
| heard@KaZaA | (18) Marques Houston (Form Imx) - That Girl.wma | Marques Houston (Form… | 2,142KB | Audio |
| heard@KaZaA | Nb Ridaz - I Wanna Luv U.mp3 | Nb Riderz ft. Amanda Per… | 1,424KB | Audio |
| heard@KaZaA | Amanda Perez - I Still Love You.mp3 | Amanda Perez | 3,682KB | Audio |
| heard@KaZaA | Amanda Perez - Where You At.mp3 | Amanda Perez | 3,108KB | Audio |
| heard@KaZaA | Marques Houston - Clubbin Ft. Joe Budden.mp3 | Marques Houston | 3,934KB | Audio |
| heard@KaZaA | Jaheim Find Her Keep Her.mp3 | Jaheim | 3,108KB | Audio |
| heard@KaZaA | Twista ft Jamie Foxx - Slow Jams (1).mp3 | Jamie Foxx Feat. Twista | 3,216KB | Audio |
| heard@KaZaA | Round_here.MP3 | Memphis Bleek | 3,677KB | Audio |
| heard@KaZaA | Eamon - i dont want you back (1).mp3 | Eamon | 1,725KB | Audio |
| heard@KaZaA | 15 - Youngbloodz - Fo Sho - Drankin' Petnaz.mp3 | Youngbloodz | 3,711KB | Audio |
| heard@KaZaA | Justin Timberlake - Rock Your Body.mp3 | Justin Timberlake | 3,159KB | Audio |
| heard@KaZaA | Jagged Edge - What Its Like.mp3 | Jagged Edge | 3,090KB | Audio |
| heard@KaZaA | Beyonce - I'm Leaving.mp3 | Beyonce Knowles | 2,160KB | Audio |
| heard@KaZaA | 16 - Tryna Be Your Man.mp3 | Jagged Edge | 2,648KB | Audio |
| heard@KaZaA | platinum plus playa-dont call my phone-lil flip.mp3 | lil flip | 3,684KB | Audio |
| heard@KaZaA | Dj Screw - Lil Flip - Trojans With Boxers On.mp3 | | 4,656KB | Audio |

Found 572 files | 2,468,466 users online, sharing 1,553,018,187 files (35,776,512 GB) | Not sharing any files