OAO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### Middle District of Alabama

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>3:05CV600-M |

V.

**JAMIE HEARD**

TO:
JAMIE HEARD
1616 20th Street, SW
Lanett, AL 36863

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Dorman Walker  (Bar # WAL086)
Leslie E. Williams  (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                  June 24, 2005
CLERK                                              DATE

[signature]
(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)*      TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.   Place where served: _____

☐ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL      SERVICES      TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                   Date                Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.