**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 7, 2005

## NOTICE OF REASSIGNMENT

Re:   UMG Recordings, Inc et al v. Jamie Heard
      Civil Action No.3:05cv600-M

The above-styled case has been reassigned to District Judge Myron H. Thompson..

Please note that the case number is now 3:05cv600-T.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk