```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UMG RECORDINGS, INC., A      )
Delaware corporation,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        3:05cv600-T
                             )
JAMIE HEARD,                 )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that plaintiffs' motion for extension of time (Doc. No. 5) is granted.

DONE, this the 24th day of October, 2005.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE