RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:05cv600-T |
| | ) | |
| JAMIE HEARD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE AND WITHDRAWAL

Comes now the undersigned and files notice of her appearance as additional counsel of record, replacing Leslie E. Williams, for plaintiffs. Leslie E. Williams hereby withdraws as counsel for plaintiffs.

> Kelly F. Pate (FIT014)
> Balch & Bingham LLP
> Post Office Box 78
> Montgomery, Alabama 36101
> 334/269-3130
> 334/501-9985 (fax)

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Dated this 22nd day of November, 2005.

_Kelly F. Pate_
Kelly F. Pate
One of the Attorneys for Plaintiffs

OF COUNSEL:
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

162952.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing on opposing counsel by placing a coy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Jamie Heard
1616 20th St., SW
Lanett, AL 36863

This the 22nd day of November, 2005.

*Kelly J. Patt*
Of Counsel