IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., A Delaware corporation, et al., ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 3:05cv600-T |
| JAMIE HEARD, ) ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the notice of withdrawal (Doc. No. 7) is treated as a motion to withdraw and said motion is granted.

DONE, this the 29th day of November, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE