AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UMG RECORDINGS, INC., ET AL.

v.

JAMIE HEARD.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05-CV-600-T

TO: **JAMIE HEARD
1606 20TH Street, SW
Lanette, AL 36863**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE 12-6-05