AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/21/05 |
|---|---|
| NAME OF SERVER (PRINT) Janet Marmaduke | TITLE C.M. Investigations |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served __1616 20th St. SW Lanett, Alabama 36863__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion t
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 64 mi. | SERVICES 75.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on __12/21/05__
Date

Signature of Server: _Janet Marmaduke_

Address of Server: _2101 Frederick Rd. Opelika, AL 36801_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

RETURNED AND FILED
DEC 22 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UMG RECORDINGS, INC., ET AL.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 3:05-CV-600-T

JAMIE HEARD.

TO: **JAMIE HEARD**
**1606 20TH Street, SW**
**Lanette, AL  36863**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104
Telephone:  334/834-6500
Telecopier:  334/269-3115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                              12-6-05

CLERK                                                                               DATE

(BY) DEPUTY CLERK