IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JAN 31 P 3:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br>    Plaintiffs, <br><br>vs. <br><br>JAMIE HEARD, <br><br>    Defendant. | Civil Action No.: 3:05-cv-00600-MHT-VPM |

## DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Kelly F. Pate, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court. I am an attorney in the law firm of Balch & Bingham LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On June 24, 2005, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court,

reflecting that Defendant was served with the Summons and Complaint on December 21, 2005, by personal service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted in the U.S. Military Locator database of LexisNexis. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of January, at 10:41am.

_____
Kelly F. Pate

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12/21/05 |
|---|---|
| NAME OF SERVER (PRINT) Janet Marmaduke | TITLE C.M. Investigations |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served _1616 20th St. SW Lanett, Alabama 36863_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

## STATEMENT OF SERVICE FEES

| TRAVEL 64 mi. | SERVICES 75.00 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _12/21/05_
              Date

Signature of Server: _Janet Marmaduke_

Address of Server: _2101 Frederick Rd. Opelika, AL 36801_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RETURNED AND FILED

DEC 2 2 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.



EXHIBIT A

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UMG RECORDINGS, INC., ET AL.

**ALIAS
SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 3:05-CV-600-T

JAMIE HEARD.

TO:  **JAMIE HEARD
1606 20TH Street, SW
Lanette, AL  36863**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama  36104
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_        12-6-05

CLERK                     DATE

(BY) DEPUTY CLERK