IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMIE HEARD,<br><br>    Defendant. | Civil Action No. 3:05-cv-600-MHT |

## ENTRY OF DEFAULT

It appearing that defendant, Jamie Heard, was duly served with a copy of the summons and complaint on December 21, 2005, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on December 31, 2005, as required by law.

DEFAULT is hereby entered against defendant, Jamie Heard.

DONE THIS   1st   day of   February , 2006.

                                                                                                 /s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA