**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

February 1, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** UMG Recordings, Inc., et al. v. Jamie Heard

**Case Number: 3:05-cv-600-MHT**

**Referenced Pleading: #12 - Clerks' Entry of Default**

**Referenced Clerk's Entry of Default is hereby STRICKEN from the record as the date referenced for the filing of the affidavit of plaintiff's attorney is incorrect.**

**A corrected Clerk's Entry of Default was filed this date as document #13.**