IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JAMIE HEARD,<br><br>　　　　　Defendant. | Civil Action No.: 3:05-cv-00600-MHT-VPM |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANT:

PLEASE TAKE NOTICE that, on Febuary 1, 2006 the Clerk of the Court entered the default of Defendant. A copy of the Entry of Default is attached hereto as Exhibit A, and incorporated herein by this reference.

DATED: February 2, 2006    By: s/Kelly F. Pate
　　　　　　　　　　　　　　　　Dorman Walker  (Bar # WAL086)
　　　　　　　　　　　　　　　　Kelly F. Pate  (Bar # FIT014)
　　　　　　　　　　　　　　　　BALCH & BINGHAM LLP
　　　　　　　　　　　　　　　　105 Tallapoosa Street, Suite 200
　　　　　　　　　　　　　　　　P.O. Box 78 (36101)
　　　　　　　　　　　　　　　　Montgomery, Alabama 36104

Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 2nd day of February, 2006:

Jamie Heard
1616 20th Street SW
Lanett, AL 36863

Respectfully submitted,

/s Kelly F. Pate
One of the Attorneys for Plaintiffs Capitol Records, Inc., et al.

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 3:05-cv-600-MHT |
| JAMIE HEARD, ) ) | |
| Defendant. ) ) | |

### ENTRY OF DEFAULT

It appearing that defendant, Jamie Heard, was duly served with a copy of the summons and complaint on December 21, 2005, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on January 31, 2006, as required by law.

DEFAULT is hereby entered against defendant, Jamie Heard.

DONE THIS __1st__ day of __February__, 2006.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA



EXHIBIT A