IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | |
|---|---|
| **UMG RECORDINGS, INC.,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )     05-CV-600-MHT-VPM |
| | ) |
| **JAMIE HEARD,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

**COMES NOW,** Jamie Heard, Defendant in the above-styled action ("Mr. Heard" or "Defendant"), and respectfully requests that this Honorable Court set aside the February 1, 2006 "Clerk's Entry of Default as to Jamie Heard" (doc. 13). In support of this Motion, Defendant states as follows:

1. On or about December 21, 2005, Mr. Heard was served with Plaintiffs' Summons and Complaint in this lawsuit. (Doc. 10).

2. Mr. Heard began searching immediately and diligently to retain legal representation in this lawsuit upon service of Plaintiffs' Summons and Complaint in this lawsuit.

3. On or about January 22, 2006, Mr. Heard retained the Undersigned to represent him in this lawsuit.

4. Mr. Heard has a legitimate defense to this lawsuit; in fact, Defendants' Counsel has been diligently researching and drafting a Motion to Dismiss this lawsuit, along with a supporting Brief, to file with this Court as Defendant's first responsive pleading.

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

5. Defendant's Counsel and Plaintiffs' Counsel have both unsuccessfully attempted to communicate by telephone with one another regarding this lawsuit; however, voice mails have been exchanged. Defendant's Counsel initiated these contact attempts to introduce his representation of Mr. Heard in this lawsuit, that he was in the process of drafting Defendant's first responsive pleading, that he requested more time for filing Defendant's first responsive pleading, and to discuss possible resolution of this lawsuit without the need for further pleadings.

6. Mr. Heard will be prejudiced by should this lawsuit result in Judgment by Default by not being allowed the opportunity to defend this lawsuit on its merits.

7. Plaintiffs' will be unfairly benefitted should this lawsuit result in Judgment by Default by an award of compensation against Mr. Heard without establishing the merits of this lawsuit.

8. Mr. Heard will not be unfairly benefitted should this lawsuit result in Judgment by Default because Mr. Heard will still have to prevail against Plaintiffs' contentions regarding the merits of this lawsuit.

9. Mr. Heard and his Counsel have exercised due diligence in filing Defendant's first responsive pleading to Plaintiffs' Complaint.

10. Should this Court grant this Motion, Mr. Heard's first responsive pleading to Plaintiffs' Complaint will be filed with this Court within seven (7) days of such Order.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that this Honorable Court set aside the February 1, 2006 "Clerk's Entry of Default as to Jamie Heard" (doc. 13).

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

                                        Respectfully submitted,

                                        /s/ Coker B. Cleveland
                                        Coker B. Cleveland
                                        (ASB-4299-O36C)
                                        Attorney for Plaintiff

**OF COUNSEL:**

**CLEVELAND LAW FIRM, LLC**
1816 Tin Valley Circle, Ste. C
Birmingham, Alabama 35235
Telephone: 205.661.1182
Cellular: 205.516.3579
Facsimile: 205.661.1180
Email: cbcleveland@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document was served upon all counsel of record by CM/ECF on this the 3rd day of February, 2006:

Doram Walker, Esq.
Kelly Fitzgerald Pate, Esq.
Leslie Eason Williams, Esq.
**OF COUNSEL:**
BALCH & BINGHAM
Post Office Box 78
Two Dexter Avenue
Montgomery, Alabama 36101-0078

                                        /s/ Coker B. Cleveland
                                        OF COUNSEL

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com