IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., A Delaware corporation, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:05cv600-MHT |
| JAMIE HEARD, | ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that defendant's motion to set aside clerk's entry of default (Doc. No. 16) is set for submission, without oral argument, on March 6, 2006, with all briefs due by said date.

DONE, this the 17th day of February, 2006.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**