IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMIE HEARD,<br><br>    Defendant. | Civil Action No.: 3:05-cv-00600-MHT-VPM |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S
## MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

On February 3, 2006, Defendant Jamie Heard filed a Motion to Set Aside Clerk's Entry of Default. Plaintiffs do not oppose Defendant's Motion to Set Aside.

Respectfully submitted this 1st day of March, 2006.

By: /s/ Kelly F. Pate
    One of the Attorneys for Plaintiffs

Dorman Walker  (Bar # WAL086)
Kelly F. Pate  (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following by CM/ECF on this 1st day of March, 2006:

Coker B. Cleveland, Esq.
Cleveland Law Firm LLC
1816 Tin Valley Circle, Ste. C
Birmingham, AL 35235

                                              /s/ Kelly F. Pate
                                              Of Counsel