IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>                Plaintiffs,<br><br>vs.<br><br>JAMIE HEARD,<br><br>                Defendant. | Civil Action No.: 3:05-cv-00600-MHT-VPM |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated February 17, 2006 a meeting was held on March 6, 2006 via telephone and was attended by:

- Kelly F. Pate on behalf of Plaintiffs UMG Recordings, Inc., et al.

- Coker B. Cleveland on behalf of Defendant Jamie Heard.

1. **Pre-Discovery Disclosures**. The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before March 15, 2006.

2. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

The likely subjects of discovery are: (a) whether Defendant used an online media distribution system to copy and/or distribute Plaintiffs' copyrighted recordings without authorization in violation of Plaintiffs' exclusive rights under the Copyright Act; (b) whether such infringement was willful; (c) the amount of Plaintiffs' statutory damages, attorneys' fees, and costs; and (d) the issuance of injunctive relief.

165579.1

    a.    All discovery commenced in time to be completed by September 8, 2006.

    b.    Maximum of 40 interrogatories by each party to each party. Responses due 30 days after service.

    c.    Maximum of 40 requests for admission by each party to each party. Responses due 30 days after service.

    d.    Maximum of 40 requests for production of document by each party to each party. Responses due 30 days after service.

    e.    Maximum of 5 depositions by Plaintiffs to Defendant and 5 by Defendant to Plaintiffs. Depositions limited to eight hours.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiffs by May 4, 2006; and
        from Defendant by May 11, 2006.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3. **Other Items.**

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    The parties request a pretrial conference on or around November 2006.

    c.    Plaintiffs should be allowed until July 4, 2006 to join additional parties and to amend the pleadings.

        Defendant should be allowed until July 11, 2006 to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed on or before August 8, 2006.

    e.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    f.    Final lists of trial evidence under Federal Rule of Civil Procedure 26(a)(3), both witnesses and exhibits, should be due from the parties on or before October 30, 2006.

    g.    Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

h.  The case should be ready for trial by this Court's December 4, 2006 trial term. At this time, the trial is expected to take approximately 2 days, excluding jury selection.

Respectfully submitted this 6th day of March.

/s Kelly F. Pate
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Attorneys for Plaintiffs Motown Record Co., L.P., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549


s/ Coker B. Cleveland
Coker B. Cleveland (ASB-4299-036C)
Attorney for Defendant
CLEVELAND LAW FIRM, LLC
1816 Tin valley Circle, Ste. C
Birmingham, Alabama 35235