```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UMG RECORDINGS, INC., A      )
Delaware corporation,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    3:05cv600-MHT
                             )
JAMIE HEARD,                 )
                             )
    Defendant.               )
```

ORDER

It is ORDERED as follows:

(1) Defendant's motion to set aside clerk's entry of default (Doc. No. 16) is granted.

(2) The entry of default (doc. no. 13) is vacated.

(3) Plaintiff's request to enter default (doc. no. 11) is denied.

DONE, this the 13th day of March, 2006.

```
            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE
```