IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMIE HEARD,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:05-cv-00600-MHT-VPM<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND ALL DEADLINES

The parties to the above-styled action move this Honorable Court to enter an Order extending all deadlines governing these proceedings ahead 60 days. This Court may modify its scheduling order upon good cause shown. *See* Fed. R. Civ. P. 16(b). The parties assert that the following circumstances demonstrate good cause for the above deadlines to be extended as requested:

1.  Plaintiffs filed a Complaint initiating this action on June 24, 2005.

2.  After the Defendant failed to answer the complaint, Plaintiffs filed an application requesting that the Clerk enter default on January 31, 2006. (Doc. # 11.)

3.  On February 1, 2006, the Clerk entered default. (Doc. # 13.)

168668.1

4.  After the Defendant retained counsel, Defendant filed a Motion to Set Aside the default (Doc. # 16.) on February 3, 2006, which Plaintiffs did not oppose (*see* Doc. # 19).

5.  On March 13, 2006, the Court entered an Order granting Defendant's Motion to Set Aside the Clerk's Entry of Default. (Doc. # 21.)

6.  Defendant filed an Answer to Plaintiffs' Complaint on June 2, 2006. (Doc. # 23.)

7.  Until the filing of Defendant's Answer, Plaintiffs could not move forward fully with discovery efforts, as Defendant's defenses and responses to the Complaint were unknown.

8.  The parties intend to engage in full discovery and are now in the early stages of doing so. The parties also intend to engage in settlement negotiations. The fast approaching deadlines will make full discovery impossible.

9.  Accordingly, the parties request that this Court extend all deadlines governing these proceedings ahead 60 days, as shown in Exhibit A to this Motion, in order that the parties may continue to proceed with discovery and explore the possibility of resolving their disputes without further Court intervention.

WHEREFORE, PREMISES CONSIDERED, and for good cause shown, the parties to the above-styled action respectfully request that this Court enter an Order extending all deadlines governing these proceedings ahead 60 days, and awarding such other and further relief as the Court deems just and appropriate.

Respectfully submitted this 7th day of June, 2006,

s/ Kelly F. Pate
One of the Attorneys for Plaintiffs,
UMG Recordings, Inc., *et al.*

**OF COUNSEL:**
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

            s/ Coker B. Cleveland
            One of the Attorneys for Defendant, Jamie Heard

**OF COUNSEL:**
Coker B. Cleveland, Esq. (ASB-4299-036C)
Cleveland Law Firm LLC
1816 Tin Valley Circle, Ste. C
Birmingham, AL 35235