# EXHIBIT A

Case 3:05-cv-00600-MHT-VPM    Document 24-2    Filed 06/07/2006    Page 1 of 3

C:\Program Files\Microsoft Office\Templates\BB Templates\Blank.dot

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JAMIE HEARD,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:05-cv-00600-MHT-VPM<br>)<br>)<br>)<br>)<br>) |

| DATE | DEADLINE |
|---|---|
| 08/07/06 | Deadline for dispositive motions |
| 08/28/06 | Deadline for Face-to Face Settlement conference |
| 09/01/06 | Deadline to file motions to amend pleadings and/or add parties<br><br>Deadline to file motion for class certification |
| 09/04/06 | Plaintiffs shall file Notice Concerning Settlement Conference and Mediation |
| 11/05/06 | PRETRIAL HEARING<br><br>DISCOVERY DEADLINE |
| 11/12/06 | Deadline to Exchange WITNESS LISTS<br><br>Deadline to Identify DEPOSITION PARTS expected to be used at trial<br><br>Deadline to Furnish EXHIBITS to opposing counsel for inspection and copying |
| 11/19/06 | Deadline to Identify responsive parts of depositions expected to be used at trial |

168671.1

| 11/24/06 | Deadline to Identify rebuttal deposition excerpts |
|---|---|
| 12/09/06 | Deadline to file written objections to deposition parts and/or exhibits |
| 12/09/06 | Deadline to file requested voir dire questions, proposed jury instructions, motions in limine |
| 12/04/06 | Set for TRIAL during this term |