IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.:  3:05-cv-00600-MHT-VPM |
| JAMIE HEARD, | ) ) | |
| Defendant. | ) ) | |

_____

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to this Court's Scheduling Order, counsel for all parties held a settlement conference on June 28, 2006.  The parties were unable to reach a settlement and the parties do not believe that mediation will be helpful in resolving this matter.

Respectfully submitted this 6th day of July, 2006.

s/ Kelly F. Pate_____
One of the Attorneys for Plaintiffs,
Motown Record Co., L.P., et al.

**OF COUNSEL:**

Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78

169589.1

Montgomery, Alabama  36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing was served upon the defendant, with first-class postage fully paid, and by depositing said envelope in a United States Post Office depository on the 6th day of July, 2006:

Coker B. Cleveland, Esq.
Cleveland Law Firm LLC
1816 Tin Valley Circle, Ste. C
Birmingham, AL 35235

s/ Kelly F. Pate
OF COUNSEL

169589.1

2