IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 05- CV-0600-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| JAMIE HEARD, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION OF EVE G. BURTON PRO HAC VICE

Plaintiffs, UMG Recordings, Inc. *et al.*, request that this Court grant Eve G. Burton, Holme Roberts & Owen LLP, leave to appear pro hac vice in order to represent Plaintiffs in the above-styled suit.

1. Attached hereto as Exhibit A is a certificate from the United States District Court for the District of Colorado showing that Eve G. Burton is a member in good standing of the Colorado Bar and duly authorized to practice in that court.

2. The law firm of Balch & Bingham LLP, and particularly Kelly F. Pate and Dorman Walker, who are admitted to practice in this court, will continue to serve as local counsel representing Plaintiffs in the above styled matter.

3. Eve G. Burton has reviewed and is familiar with the Uniform Rules of the United States District Court for the Middle District of Alabama.

Based on the foregoing, Plaintiffs respectfully request that the Court allow Eve G. Burton to appear pro hac vice for the purpose of representing Plaintiffs in the above styled action.

　　　　　　　　　　　　　　　　　　　　/s Kelly F. Pate
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiffs

#1184386 v1

**OF COUNSEL:**
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)


## CERTIFICATE OF SERVICE

     I, the undersigned hereby certify that a true and correct copy of the above and foregoing was served via CM/ECF to the following, this the 17th day of August, 2006:


**CLEVELAND LAW FIRM, LLC**
1816 Tin Valley Circle, Ste. C
Birmingham, Alabama 35235
Telephone:  205.453.4702
Cellular:  205.516.3579
Facsimile:  205.419.0704
Email:  cbcleveland@hotmail.com


                                         s/ Kelly F. Pate
                                         Of Counsel