

# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**EVE GOLDSTEIN BURTON**
was duly admitted to practice in said court on
**December 14, 2000**
and is in good standing as a member of the bar of said court.

Dated: August 17, 2006        Gregory C. Langham, Clerk

By: _____
Deputy Clerk