IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., A Delaware corporation, et al.,　　　） ） ） ） | |
| 　　Plaintiffs,　　） | |
| 　　　　　　　　　　） | CIVIL ACTION NO. |
| 　　v.　　　　　　　） | 3:05cv600-MHT |
| 　　　　　　　　　　） | |
| JAMIE HEARD,　　　　） | |
| 　　　　　　　　　　） | |
| 　　Defendant.　　） | |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 28) is granted.

DONE, this the 18th day of August, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE