IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | CV 05-MHT-0600-VPM |
| ) | |
| v. ) | |
| ) | |
| JAMIE HEARD, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties, through their respective counsel, hereby respectfully request a thirty-day extension of all deadlines, including the trial date, to allow the parties time to complete discovery and continue settlement negotiations.

1. Plaintiffs filed their Complaint against Defendant, Jamie Heard, on June 24, 2005.

2. The Court entered a Uniform Scheduling Order on March 13, 2006, setting a pretrial conference in this matter for September 6, 2006, and a trial date of October 23, 2006.

3. Defendant filed his Answer on June 2, 2006.

4. The Parties are actively engaged in Discovery and have responded to discovery requests. The Parties are concurrently meeting and conferring regarding the discovery responses and are attempting to work out an agreement to supplement responses. The Parties have been working together to try to resolve discovery disputes.

5. The Parties have scheduled depositions for August 29-30, 2006.

6. The Parties are actively engaged in settlement negotiations and are hopeful those discussions will resolve the case.

#1185795 v1

7. Should the Parties settlement discussions fail, it is likely that one or both Parties will need to file a Motion to Compel.

8. The Parties will need time to brief these motions, and the Court will need time to rule, and then, if a Motion to Compel is granted, the Parties will need time to comply.

9. The Parties have been diligent in litigating this case, since it was answered only three months ago.

10. However, due to continued discussions regarding both settlement and outstanding discovery, the Parties need a brief extension to allow them sufficient time to complete outstanding discovery, file any motions that may be necessary, and complete settlement discussions.

11. This brief extension will not prejudice any party.

12. This would be the first extension in this case.

**WHEREFORE**, the Parties respectfully request a 30-day extension to the discovery cutoff, through October 6, 2006 and a 30-day extension on all trial and pretrial deadlines in order to allow the Parties sufficient time to complete discovery and continue settlement discussions.

Respectfully submitted this _____ day of August, 2006.

#1185795 v1

| | |
|---|---|
| /s/ Coker B. Cleveland | /s/ Eve G. Burton |
| Coker Cleveland | Eve G. Burton (*pro hac*) |
| Cleveland Law Firm, LLC | Holme Roberts & Owen, LLP |
| 1816 Tin Valley Circle, Ste. C | 1700 Lincoln St., Ste. 4100 |
| Birmingham, AL 35235 | Denver, CO 80203 |
| | |
| | -and- |
| | |
| | Dorman Walker (WAL086) |
| | Kelly F. Pate (FIT014) |
| | Balch & Bingham, LLP |
| | P.O. Box 78 |
| | Montgomery, AL 36101-0078 |

    I, the undersigned hereby certify that a true and correct copy of the above and foregoing was served via CM/ECF to the following this 24th day of August, 2006.

_____
OF COUNSEL

#1185795 v1