IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CV 05-MHT-0600-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| JAMIE HEARD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiffs give notice that the parties have reached a settlement in principal of this case. The parties anticipate that they will require no more than 45 days to complete the settlement of this matter. Accordingly, the parties request that all pending deadlines be vacated and this matter be held in abeyance for the next 45 days, pending further order of the Court. The parties anticipate filing a Stipulation to Judgment and Permanent Injunction, or other appropriate order, which the Plaintiffs will file upon receipt. This notice is filed with the consent of the Defendant.

    Respectfully submitted this 25th day of August, 2006.

                                                           s/ Kelly F. Pate
                                                           One of the Attorneys for Plaintiffs

**OF COUNSEL:**

Eve G. Burton, Esq.
Admitted *Pro hac vice*
Holmes, Roberts & Owens LLP
1700 Lincoln Street, Ste. 4100
Denver, Colorado  80203

Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

  I, the undersigned hereby certify that a true and correct copy of the above and foregoing was served via CM/ECF or United States mail to the following, this the 25th day of August, 2006:

Coker B. Cleveland
**CLEVELAND LAW FIRM, LLC**
1816 Tin Valley Circle, Ste. C
Birmingham, Alabama 35235
Telephone:  205.453.4702
Cellular:  205.516.3579
Facsimile:  205.419.0704
Email:  cbcleveland@hotmail.com


               s/ Kelly F. Pate
               Of Counsel