IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., A Delaware corporation, et al., )<br>)<br>)<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>JAMIE HEARD, )<br>)<br>    Defendant. ) | <br><br><br><br><br>CIVIL ACTION NO.<br>3:05cv600-MHT<br><br><br> |

ORDER

It is ORDERED that the joint motion to extend (doc. no. 30) is denied. The attorneys who signed the motion were the same attorneys who, with their Rule 26(f) report (doc. no. 20), suggested a September 8 discovery deadline to the court, a deadline which the court essentially adopted, with its September 6 discovery deadline in its uniform scheduling order (doc. no. 22).

DONE, this the 25th day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE