IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CV 05-MHT-0600-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| JAMIE HEARD, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE STIPULATED JUDGMENT

Plaintiffs respectfully request an additional 30 days to file a Stipulation To Judgment And Permanent Injunction and states as follows:

1. The parties reached a settlement in principle in this case on August 24, 2006.

2. Settlement paperwork, including a settlement agreement and a stipulation to judgment and permanent injunction was sent to Defendant's counsel on August 31, 2006.

3. The paperwork and first payment were due October 1, 2006.

4. Plaintiffs' counsel contacted Defendant's counsel on October 11 and 12, 2006 to inquire about the overdue settlement paperwork and was informed that he would contact Defendant regarding paperwork and payment.

5. The parties are working together to finalize and execute paperwork and need an additional 30 days to get settlement documents executed and filed.

6. Plaintiffs are confident that all settlement paperwork can be finalized in the next 30 days and the parties will be able to file a stipulated entry of judgment and permanent injunction within that time.

172718.1

#1186299 v1                                                                                                                                                1

7.  Therefore, Plaintiffs respectfully request that the Court maintain jurisdiction over this case and allow the parties an additional 30 days to file a stipulated entry of judgment or other appropriate motion.  (*See* Doc. # 33.)  This Motion is filed with the consent of the Defendant.

Respectfully submitted this 13th day of October, 2006.

s/ Eve G. Burton  
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

Eve G. Burton, Esq.
Admitted *Pro hac vice*
Holmes, Roberts & Owens LLP
1700 Lincoln Street, Ste. 4100
Denver, Colorado  80203

Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

## CERTIFICATE OF SERVICE

      I, the undersigned hereby certify that a true and correct copy of the above and foregoing was served via CM/ECF or United States mail to the following, this the 13th day of October, 2006:

Coker B. Cleveland
**CLEVELAND LAW FIRM, LLC**
1816 Tin Valley Circle, Ste. C
Birmingham, Alabama 35235
Telephone: 205.453.4702
Cellular: 205.516.3579
Facsimile: 205.419.0704
Email: cbcleveland@hotmail.com

                                            s/ Eve G. Burton
                                            Of Counsel