IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., A Delaware corporation, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:05cv600-MHT |
| JAMIE HEARD, | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for extension of time to file stipulated judgment (doc. no. 34) is granted.

DONE, this the 17th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE