**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 16, 2006

# NOTICE OF DEFICIENCY

**To:** Attorney Kelly Pate

**From:** Clerk's Office

**Case Style:** UMG Recordings, Inc. et al v. Heard

**Case Number:** 3:05-cv-00600-MHT

**Referenced Pleading:** Stipulation to judgment and permanent injunction

**Docket Entry #** 36

**The following deficient pleading was filed on November 14, 2006 in accordance with amended Federal Rules of Civil Procedure 5(e). Reference is made to the Stipulation.**

**The referenced pleading has been signed with your original signature and copy signatures for the other counsel. We must have the original pleading containing all original signatures on conventionally filed documents.**

**This deficiency must be corrected within ten (10) days from this date.**

*__DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.__*